UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS, <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GALE NORTON, <u>et. al.</u>, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 05-1043 (EGS) |

**NOTICE OF APPEARANCE**

On behalf of Federal Defendants, Gale Norton, Secretary of the Interior, United States Department of the Interior, and Matthew Hogan, Acting Director, United States Fish and Wildlife Service, the United States enters the appearance of Michael R. Eitel, Trial Attorney, as counsel for this matter. Mr. Eitel's contact information is as follows:

<u>U.S. Mail</u>
U.S. Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P. O. Box 7369
Washington, D.C. 20044-7369

<u>Telephone</u>
202-305-0339

<u>Facsimile</u>
202-305-0275

<u>Overnight or Hand Delivery</u>
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D St., N.W.
Room 3234
Washington, D.C. 20004

<u>Electronic Mail</u>
Michael.eitel@usdoj.gov

Dated this 21st day of June, 2005.

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
Wildlife & Marine Resources Section


**/s/ Michael R. Eitel**
MICHAEL R. EITEL, Trial Attorney
Nebraska Bar No. 22889
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
202-305-0339 (Tel.)
202-305-0275 (Fax)
michael.eitel@usdoj.gov
Attorneys for Federal Defendants

Of Counsel:
Terri Debin
Office of the Solicitor
Department of the Interior
Rocky Mountain Region
755 Parfet Street, Suite 151
Lakewood, CO 80215