Douglas L. Honnold
Timothy J. Preso
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
(406) 586-9699
Fax: (406) 586-9695

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS, BUD LILLY, MONTANA ENVIRONMENTAL INFORMATION CENTER, WESTERN WATERSHEDS PROJECT, and CLEARWATER BIODIVERSITY PROJECT,<br><br>Plaintiffs,<br><br>vs.<br><br>GALE NORTON, in her official capacity as Secretary of the Interior; and MATTHEW J. HOGAN, in his official capacity as Acting Director, U.S. Fish and Wildlife Service,<br><br>Defendants. | Cause No. 05-CV-1043-RMU<br><br>PLAINTIFFS' PROOF OF SERVICE |

I, Douglas L. Honnold, hereby certify that on June 20, 2005, I caused to be served a summons and copy of the complaint in this action by placing same in a U.S. mailbox, with first-class, certified, return receipt requested, postage prepaid, addressed to each of the following:

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Gale Norton, Secretary
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Matthew J. Hogan, Acting Director
U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240-0001

Kenneth L. Wainstein
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

Receipts indicating that each of the defendants has received the summons and complaint have been returned to me. Attached hereto are the sender's receipts and return receipts for the certified mailings addressed to Alberto R. Gonzales [#7002 2410 0006 8497 8958], Gale Norton [#7002 2410 0006 8497 8972], Matthew J. Hogan [#7002 2410 0006 8497 8965], and Kenneth L. Wainstein [#7002 2410 0006 8497 8989].

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on July 6, 2005.

By: /s/ Douglas Honnold
Douglas L. Honnold
Timothy J. Preso
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
(406) 586-9699
Fax: (406) 586-9695

*Attorney for Plaintiffs*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gale Norton, Secretary
   Department of the Interior
   1849 C Street, NW
   Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   _[signature]_                      JUN 27 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 2410 0006 8497 8972

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Sent To: Gale Norton, Secretary
Street, Apt. No.; or PO Box No.: Department of the Interior
1849 C Street, NW
City, State, ZIP+4: Washington, DC 20240

PS Form 3800, June 2002     See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): A. Giles
C. Date of Delivery: 6/27/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

    Matthew J. Hogan, Acting Director
    U.S. Fish and Wildlife Service
    1849 C Street, NW
    Washington, DC 20240

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 2410 0006 8497 8965

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $ 1.06
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: Matthew J. Hogan, Acting Director
Street, Apt. No.; or PO Box No.: U.S. Fish and Wildlife Service, 1849 C Street, NW
City, State, ZIP+4: Washington, DC 20240

PS Form 3800, June 2002   See Reverse for Instructions

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2005, I caused a copy of the foregoing Plaintiffs' Proof of Service to be served by United States first-class mail, postage prepaid, upon the following:

>   Michael R. Eitel, Trial Attorney
>   U.S. Department of Justice
>   Environment & Natural Resources Division
>   Ben Franklin Station
>   PO Box 7369
>   601 D Street, NW, Room 3234
>   Washington, DC  20004

*/s/ Yu Jin Cho*