UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) Civ. No. 05-1043 (EGS)<br>NORTON et al., )<br>)<br>Defendants. )<br>)<br>) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants respectfully move the Court for an approximately two-week extension of time, until September 12, 2005, to file a responsive pleading to the Complaint in this action. In further support of this motion, Defendants state as follows:

1. Defendants will require an additional two weeks for further coordination between the Departments of Justice and Interior to finalize and file a responsive pleading, and

2. Lead counsel has prior obligations that will require his attention in the upcoming weeks in the following cases: 04-636 (D. Ariz.) (Opposition to Motion for Summary Judgment due on August 26, 2005); 04-636 (D. Ariz.) (Reply in Support of Motion to Strike due on August 26, 2005); 03-3059 (D. Neb.) (Reply in Support of Cross-Motion for Summary Judgment due on August 26, 2005); 04-4448 (N.D. Cal.) (Settlement Conference briefs due on September 8, 2005) 04-636 (D. Ariz.) (Reply in Support of Motion for Summary Judgment due on September 9, 2005)

Pursuant to Civ. L.R. 7(m), counsel for Federal Defendants has conferred with Counsel for Plaintiffs concerning this motion and Counsel for Plaintiffs has represented that this motion for

extension of time is unopposed.

Dated: August 15, 2005               Respectfully Submitted,

                                            KELLY A. JOHNSON, Acting Asst. Attorney General
                                            JEAN E. WILLIAMS, Section Chief
                                            SETH M. BARSKY, Asst. Section Chief

                                                      /s/ Michael R. Eitel
                                            MICHAEL R. EITEL, Trial Attorney
                                            U.S. Department of Justice
                                            Environment & Natural Resources Division
                                            Wildlife & Marine Resources Section
                                            Ben Franklin Station, P.O. Box 7369
                                            Washington, DC 20044-7369
                                            Phone: (202) 305-0339/ Fax: (202) 305-0275
                                            Email: Michael.Eitel@usdoj.gov

                                            Attorneys for Federal Defendants