UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORTON et al., )<br>)<br>Defendants. )<br>)<br>) | Civ. No. 05-1043 (EGS) |

[PROPOSED] **<u>ORDER</u>**

**THIS MATTER** comes before the Court on Defendants' *Unopposed Motion for Extension of Time*.  The Court finds that Defendants' motion is well taken.

**IT IS, THEREFORE, ORDERED,** that Defendants' *Unopposed Motion for Extension of Time* is **GRANTED.**  The deadline for filing a response to the Complaint in the above-styled action is extended to September 12, 2005.

**SO ORDERED** this _____ day of _____ 2005

_____
Emmet G. Sullivan
United States District Judge