UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                    )
AMERICAN WILDLANDS, et al.,         )
                                    )
                                    ) Civil No.: 05-cv-1043
         Plaintiffs,                )
                                    ) **[PROPOSED] ORDER**
    vs.                             )
                                    )
                                    )
GALE NORTON, in her official capacity )
as Secretary, U.S. Department of the Interior, )
et al.,                             )
                                    )
         Defendants.                )
_____ )

Upon consideration of the parties' Joint Statement Pursuant To Local Rule 16.3, it is

hereby **ORDERED** as follows:

(a) Defendants' deadline for filing the administrative record shall be December 1, 2005

(b) Plaintiffs' deadline for filing a motion to supplement the administrative record shall be January 9, 2005

(c) Defendants' deadline for filing a response in opposition to supplementation of the administrative record shall be January 23, 2005

(d) Plaintiffs' deadline for filing a reply in support of supplementation of the administrative record shall be January 30, 2005

(e) Plaintiffs' deadline for filing a motion for summary judgment and supporting memorandum shall be March 6, 2005

(f) Defendant's deadline for filing an opposition and cross-motion for summary judgment with supporting memorandum shall be April 6, 2005

(g) Plaintiffs' deadline for filing a reply and opposition memorandum shall be April 20, 2005

(h) Defendants' deadline for filing a reply shall be May 4, 2005

  (i)  Plaintiffs' deadline for filing a sur-reply shall be May 16, 2005


Dated: _____, 2005    _____
                EMMET G. SULLIVAN
                United States District Judge