UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN WILDLANDS et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTON et al., ) <br> ) <br> Defendants. ) <br> ) | Civ. No. 05-1043 (EGS) |

## NOTICE OF FILING

Pursuant to Local Rule 16.3(d), federal defendants herein file an alternative Proposed Order to the parties Joint Statement Pursuant to Local Rule 16.3. <u>See</u> Joint Statement Pursuant to Local Rule 16.3 at ¶ 6(j) (Dkt. # 11) (filed Oct. 24, 2005). The Proposed Order reflects defendants position that, for scheduling purposes, plaintiffs should seek and obtain leave from this Court before filing a sur-reply. <u>Id</u>. The Proposed Order is attached to this Notice of Filing.

Dated: October 25, 2005              Respectfully Submitted,

                                     KELLY A. JOHNSON, Acting Asst. Attorney General
                                     JEAN E. WILLIAMS, Section Chief

                                            /s/ Michael R. Eitel
                                     MICHAEL R. EITEL, Trial Attorney
                                     U.S. Department of Justice
                                     Wildlife & Marine Resources Section
                                     Ben Franklin Station, P.O. Box 7369
                                     Washington, DC 20044-7369
                                     Phone: (202) 305-0339/ Fax: (202) 305-0275
                                     Email: Michael.Eitel@usdoj.gov

                                     Attorneys for Federal Defendants