UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN WILDLANDS et al., ) <br> ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTON et al., ) <br> ) <br>       Defendants. ) <br> ) | Civ. No. 05-1043 (EGS) |

[PROPOSED] **ORDER**

Upon consideration of the parties' Joint Statement Pursuant To Local Rule 16.3, it is hereby Ordered as follows:

(a) Defendants' deadline for filing the administrative record shall be December 1, 2005

(b) Plaintiffs' deadline for filing a motion to supplement the administrative record shall be January 9, 2005

(c) Defendants' deadline for filing a response in opposition to any motion to supplement the administrative record shall be January 23, 2005

(d) Plaintiffs' deadline for filing a reply in support of any motion to supplement the administrative record shall be January 30, 2005

(e) Plaintiffs' deadline for filing an opposition and cross-motion for summary judgment with supporting memorandum shall be March 6, 2005

(f) Defendants deadline for filing an opposition and cross motion for summary judgment with supporting memorandum shall be April 6, 2005

(g) Plaintiffs' deadline for filing a reply and opposition memorandum shall be April 20, 2005

    (h)    Defendants' deadline for filing a reply shall be May 4, 2005

**SO ORDERED** this _____ day of _____ 2005

_____
Emmet G. Sullivan
United States District Judge