UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN WILDLANDS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civ. No. 05-1043 (EGS) |
| | ) | |
| NORTON et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the parties' Joint Statement Pursuant To Local Rule 16.3, it is

hereby Ordered this 25th day of October, 2005, as follows:

(a)     Defendants' deadline for filing the administrative record shall be December 1,

2005;

(b)     Plaintiffs' deadline for filing a motion to supplement the administrative record

shall be January 9, 2005;

(c)     Defendants' deadline for filing a response in opposition to any motion to

supplement the administrative record shall be January 23, 2005;

(d)     Plaintiffs' deadline for filing a reply in support of any motion to supplement the

administrative record shall be January 30, 2005;

(e)     Plaintiffs' deadline for filing an opposition and cross-motion for summary

judgment with supporting memorandum shall be March 6, 2005;

(f)     Defendants' deadline for filing an opposition and cross motion for summary

judgment with supporting memorandum shall be April 6, 2005;

(g)     Plaintiffs' deadline for filing a reply and opposition memorandum shall be April

20, 2005;

(h)    Defendants' deadline for filing a reply shall be May 4, 2005.


        **IT IS SO ORDERED.**


**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            October 25, 2005**