UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS et al.,<br><br>             Plaintiffs,<br>      v.<br><br>NORTON et al.,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civ. No. 05-1043 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**FEDERAL DEFENDANTS' NOTICE OF FILING
OF ADMINISTRATIVE RECORD**

Notice is hereby provided to the Court and the parties that, on November 29, 2005, Federal Defendants filed with this Court a copy of the administrative record for the United States Fish and Wildlife Service's August 7, 2003 reconsidered finding for an amended petition to list the westslope cutthroat trout as threatened throughout its range. 68 Fed. Reg. 46989.  Pursuant to Local Civil Rule 5.4(e)(1)(A), the Service's administrative record will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages. Instead, Federal Defendants file with the Court today (3) CD-ROMs containing the Service's administrative record.

The Service's certification of this administrative record is attached hereto as Exhibit 1.  An index for Part I of the administrative record is attached hereto as Exhibit 2, and the index for Part II of the administrative record is attached hereto as Exhibit 3.  Copies of this administrative record and index are also being provided today to Plaintiff.  Further, one additional set of these CD-ROMs (and additional copies of the index) will also be filed with the Court for the Court's convenience.

Dated: November 29, 2005            Respectfully Submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Asst. Section Chief

               /s/ Michael R. Eitel
MICHAEL R. EITEL, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0339/ Fax: (202) 305-0275
Email: Michael.Eitel@usdoj.gov

Attorneys for Federal Defendants