American Wildlands *et al.*, Plaintiffs, v.
United States Fish and Wildlife Service *et al.*, Defendants.
Civil Action No. 05-1043 (EGS) U.S. District Court for the District of Columbia
U.S. Fish and Wildlife Service, Region 6
Montana Fish and Wildlife Management Assistance Office
Administrative Record for the Westslope Cutthroat Trout (*Oncorhynchus clarki lewisi*)

## DECLARATION OF Lynn R. Kaeding

I, Lynn R. Kaeding, state the following:

1. Since September 1996, I have been employed as a Supervisory Fishery Biologist in the Montana Fish and Wildlife Management Assistance Office of the U.S. Fish and Wildlife Service.

2. The U.S. Fish and Wildlife Service Montana Fish and Wildlife Management Assistance Office is the custodian for the Administrative Records for the westslope cutthroat trout.

3. Records are maintained in this office for the 7 August 2003 determination of status for westslope cutthroat trout under the Endangered Species Act (Act) of 1973. That determination concluded that listing of the westslope cutthroat trout as a threatened or endangered species under the Act was not warranted at that time.

4. I compiled the documents that constitute the Administrative Record for the "not warranted" listing decision for westslope cutthroat trout described in item 3 above.

5. I hereby certify that the documents identified in the index accompanying this declaration comprise the full and complete Administrative Record for the listing decision for the westslope cutthroat trout described in item 3 above.

6. This declaration is made under provision of Section 1746 of Title 28 of the United States Civil Code. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

7. Executed on 25 November 2005, at Bozeman, Montana.

_____
Lynn R. Kaeding, Supervisory Fishery Biologist