# ADMINISTRATIVE RECORD INDEX
## Second Westslope Cutthroat Trout Status Review

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| *Documents Related to Implementation of the Second Status Review* | | | | |
| 31 Mar 2002 | 1 | U.S. DC District Court | Order and Judgment and Memorandum Opinion, Preceding WCT Case | 1 |
| 30 Jul 2002 | 2 | Ralph Morgenweck, RD R6, USFWS | Memo transmitting attached draft FR notice "Reopening of the comment period on the 12-month finding and status review for the Westslope cutthroat trout" | 34 |
| 3 Sep 2002 | 3 | Kaeding, Lynn | FR notice of "Intent to prepare a status review for the Westslope cutthroat trout" | 45 |
| 4 Sep 2002 | 4 | Directors of 4 State fish and wildlife agencies | Request to USFWS to extend the comment period | 48 |
| 9 Oct 2002 | 5 | Deane Osterman, Kalispel Tribe of Indians | Request to USFWS to extend the comment period | 51 |
| 4 Nov 2002 | 6 | Abigail Dillen, Earthjustice | Request to USFWS to extend the comment period | 52 |
| 6 Nov 2002 | 7 | Acting RD R6, USFWS | Request to USFWS Director to extend the comment period | 54 |
| 18 Dec 2002 | 8 | Judge Emmet Sullivan | Order granting "extension of time to submit for publication to the Federal Register the 12-month finding for the WCT". Also attached is preceding unopposed motion for the extension prepared by Atty Baca. | 55 |
| 18 Dec 2002 | 9 | Kaeding, Lynn | FR notice of reopening of public comment period for WCT status review | 61 |
| 31 Dec 2002 | 10 | Deputy RD R6, USFWS | Identical letters to Directors of 4 State fish and wildlife agencies reiterating the key role of the states in ESA listing considerations and reporting that their request for extension of the comment period has been granted | 62 |
| 12 May 2003 | 11 | Director, Idaho Fish & Game | Letter requesting opportunity to review draft finding | 67 |
| 1 Jul 2003 | 12 | Director, Idaho Fish & Game | Follow-up letter requesting opportunity to review draft finding | 68 |
| 17 Jul 2003 | 13 | Directory, Idaho Fish & Game | Letter providing comments on draft finding | 69 |
| 17 Jul 2003 | 14 | Deputy RD R6, USFWS | Memo to RD R1, USFWS entitled "Request for concurrence on a remanded 12-month finding on the petition to list the WCT" and attached administrative finding | 71 |
| 23 Jul 2003 | 15 | Deputy RD R6, USFWS | Memo to USFWS Director entitled "Remanded 12-month finding for the amended petition to list the WCT *(Oncorhynchus clarki lewisi)* as threatened" | 157 |
| 5 Aug 2003 | 16 | Acting RD R1, USFWS | Memo providing "Concurrence on 12-month finding for the amended petition to list the WCT and Federal Register notice" | 197 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 7 Aug 2003 | 17 | Kaeding, Lynn | FR notice entitled "Reconsidered finding for an amended petition to list the WCT as threatened throughout its range" | 198 |

*Materials Received During Comment Periods, Second Westslope Cutthroat Trout Status Review*

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 31 Oct 2002 | 18 | Moore, V., Idaho Fish & Game | Letter from Virgil Moore Regarding Information Packet Submitted Relative to Second WCT Status Review **(Docs 19−33 are attachments to this letter.)** | 219 |
|  | 19 | Utah Division of Wildlife Resources | Copy of Interstate Agreement on Cutthroat Trout Genetics | 225 |
| 4 Sep 2002 | 20 | Weigel, D., et al. | Introgressive Hybridization Between Native Cutthroat Trout & Introduced Rainbow Trout | 239 |
|  | 21 | Idaho Dept of Fish & Game | Updated Selway River WCT Trend Data (Clearwater Region Report) | 257 |
| Jun 2001 | 22 | Idaho Dept of Fish & Game | Draft 2001 Annual Performance Report - Panhandle Region Rivers & Streams | 262 |
| Nov 2001 | 23 | Allendorf, F., et al. | The Problems With Hybrids: Setting Conservation Guidelines | 326 |
| May 2001 | 24 | Mays, J.D. | MS Thesis: Assessing Genetic Structure of Four Tributary Streams in Lower & Middle Salmon River System (Copy) | 336 |
| 23 Oct 2002 | 25 | Idaho Dept of Fish & Game | Lower Clark Fork River/Lake Pend Oreille Mainstem & Tributary Data - Conservation Actions Summary Since 1999 | 382 |
|  | 26 | Idaho Dept of Fish & Game | Updated Middle Fork Salmon River WCT Trend Data | 385 |
| Jul 1998 | 27 | Pratt K.L., Kleinschmidt Associates | Clark Fork Relicensing Team As Part of New FERC License for Cabinet Gorge & Noxon Rapids Hydroelectric Projects | 386 |
| Sept 2002 | 28 | Idaho Dept of Fish & Game | Current Fishing Regulations for Idaho Depicting Restrictive Harvest Regulations for WCT Across Their Idaho Range | 486 |
| 24 Jan 2002 | 29 | Idaho Dept of Fish & Game | Memo from Fisheries Chief Virgil Moore Regarding Use of Hatchery Fish | 574 |
| 1991 | 30 | Idaho Dept of Fish & Game | Idaho Fish & Game Policy Plan 1990-2005 | 575 |
| 2001 | 31 | Idaho Dept of Fish & Game | Idaho Fish & Game Management Plan 2001-2006 | 611 |
|  | 32 | Idaho Dept of Fish & Game | Dept Fish Stocking Database (On CD) | 915 |
| 25 Oct 2002 | 33 | Campbell, M. | Copy of Initial Results of Genetic Analysis of WCT & Other Salmonids Collected in 2002 from Tributaries to Middle Fork Salmon River | 916 |
| 4 Nov 2002 | 34 | American Wildlands | Letter from Abigail Dillen, on behalf of American Wildlands, Regarding Information Submitted Relative to Second WCT Status Review **(Docs 35−62 are attachments to this letter.)** | 919 |
| 17 Dec 2001 | 35 | Weigel, D., et al., Transactions of American Fisheries Society v131 | A Model Using Phenotypic Characteristics to Detect Introgressive Hybridization in Wild WCT & RBT | 921 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 4 Dec 2001 | 36 | Hitt, N., C. Frissell—manuscript submitted to Conservation Biology | Umbrella Species in Habitat Conservation Planning: A Case Study from Interior Columbia Basin | 936 |
| | 37 | Rubidge, E. et al | A Molecular Analysis of Hybridization Between Native WCT & Introduced RBT in Southeastern British Columbia, Canada | 953 |
| 27 Dec 1999 | 38 | Hilderbrand, R., North American Journal of Fisheries Management v20 | Conserving Inland Cutthroat Trout in Small Streams: How Much Stream Is Enough? | 980 |
| 8 Jun 2000 | 39 | Harig, A., et al., North American Journal of Fisheries Management v20 | Factors Influencing Success of Greenback Cutthroat Trout Translocations | 986 |
| 1998 | 40 | Wyatt, E. et al | Survey of Upper Rattlesnake Creek, A Spawning Tributary of Clark Fork River (MT) for *Tubifex tubifex* | 997 |
| | 41 | Hutchinson, B., S. Clark | Distribution & Recent Management of Introduced Fishes in Idaho | 999 |
| | 42 | Williams, R., et al. | Molecular Phylogenies of Cutthroat Trout Based on Hierarchical Analysis of Mitochondrial DNA Polymorphisms | 1006 |
| | 43 | Horner, N. | Biological & Social Impacts of Illegal Introduction of Northern Pike Into Northern Idaho | 1010 |
| | 44 | McDowell, T., R. Hedrick | Inter & Intraspecies Comparisons of Susceptibility of Salmonids to *Myxobolus cerebralis* Causative Agent of Whirling Disease | 1013 |
| 2001 | 45 | Kruse, C.G., W.A. Hubert | An Assessment of Headwater Isolation as Conservation Strategy for Cutthroat Trout in Absaroka Mountains of Wyoming | 1034 |
| Apr 1997 | 46 | Weigel, D. | Genetic Inventory of WCT in North Fork Clearwater Basin, Idaho (Annual Report 1996) | 1044 |
| 2 Apr 2002 | 47 | Clancy, P. | Letter from Pat Clancy of AFS to Prime Minister Jean Chretien Regarding Negotiations to Incorporate Land in Kootenai Watershed | 1061 |
| 1999 | 48 | Weigel, D. | Genetic Inventory of WCT in North Fork Clearwater Basin - Bonneville Power Administration Proposal Form (FY 99) | 1063 |
| 1998 | 49 | Hilderbrand, R. | Movements & Conservation of Cutthroat Trout (Dissertation Abstract) | 1076 |
| May 2001 | 50 | Allendorf, F., et al. | Whirling Disease & Wild Trout (Fish Health Essay) | 1079 |
| 2002 | 51 | Maroney, Joseph | Genetic Inventory of Bull Trout & WCT in Pend Oreille Subbasin - Mountain Columbia Province Proposal (FY 2002) | 1082 |
| | 52 | Mayhood, D.W. | Conceptual Framework & An Action Plan for Conserving WCT in Canada - Article Abstract | 1090 |
| | 53 | Corbett, P. | Investigating Disappearance of WCT From B.C. - Global Forrest Web Page Copy | 1091 |
| 2000 | 54 | Columbia Kootenay Fisheries Renewal Partnership | Web Page Copy Regarding Ongoing WCT Conservation Project & Future Goals | 1093 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 2002 | 55 | Taylor, E. | Associate Professor Eric Taylor's (University B.C. Vancouver) Home Page Copy Summarizing Population Genetic Variation Research Interests & Ongoing Research | 1095 |
|  | 56 | Chelan Public Utility District | Chelan Public Utility District Summary Report for Lake Chelan Relicensing Studies | 1100 |
| Nov 2001 | 57 | Western Native Trout Campaign | Imperiled Western Trout & Importance of Roadless Areas (Report) | 1111 |
| 2 Mar 2001 | 58 | Global Forrest | E-Mail from Guy Bailey to Rob Ament: Global Forrest Article Regarding B.C.'s WCT Official Listing as Species of Risk | 1134 |
| 31 Mar 2002 | 59 | Jamison, M. | Missoulian.Com Online News Article Regarding Kokanee Population Study on Lake McDonald | 1136 |
| 6 Oct 2002 | 60 | Associated Press | E-Mail from Tim Preso to Abigail Dillen : Article on Expansion of Hybridization Between WCT & RBT | 1139 |
| 14 Oct 2001 | 61 | Associated Press | Missoulian.Com Online Article Regarding Transplant of WCT to a Pond Following Purdy Fire | 1141 |
| 12 May 2001 | 62 | Frissell, C. | Court Declaration of Christopher Frissell - Staff Scientist of Pacific Rivers Council | 1143 |
| 28 Oct 2002 | 63 | Eiva, T., E. Medina, L. Hartt | Letter from Northwest Environmental Defense Center Containing Comments & Information Submitted Relative to Second WCT Status Review **(Docs 64−66 are attachments to this letter.)** Emailed from Laura Hartt | 1171 |
| Mar 1998 | 64 | Leary, R., et al. | Recommendations from WCT Technical Committee for Genetic Conservation of WCT in Upper Missouri River Drainage (Report) | 1179 |
| Apr 1997 | 65 | Weigel, D. | Genetic Inventory of WCT in North Fork Clearwater Basin, Idaho (Annual Report Prepared for U.S. Dept of Energy) - Same as document #46 | 1212 |
|  | 66 | Marnell, L. | Brief Summary of Glacier National Park WCT & Hybrids Status Prepared by Leo Marnell of National Biological Service | 1227 |
| 1 Nov 2002 | 67 | Unterwegner, Tim | Letter from Tim Unterwegner, Oregon Dept of Fish & Wildlife, Containing Suggestions & Comments Pertaining to Second WCT Status Review | 1232 |
| 4 Nov 2002 | 68 | Eiva ,T., E. Medina, L. Hartt | Letter from Northwest Environmental Defense Center Containing Comments & Information Submitted Relative to Second WCT Status Review **(Docs 64−66 are also attachments to this letter; docs 69−72 were hardcopy attachments.)** - Faxed from Laura Hartt - Same letter as document #63 | 1242 |
| May 2001 | 69 | Civ. No. 00-2521 (EGS) | Testimony of Chris Frissell, Submitted in American Wildlands v. Norton | 1249 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| Mar 1998 | 70 | Leary, R., et al. | Recommendations from WCT Technical Committee for Genetic Conservation of WCT in Upper Missouri River Drainage (Report) - Same as document #64 | 1251 |
| Mar 1998 | 71 | Leary, R., et al. (Genetics Laboratory Report 97/1) | Lack of Genetic Divergence Between WCT from Columbia & Missouri River Drainages | 1261 |
| Apr 1997 | 72 | Weigel, D. | Genetic Inventory of WCT in North Fork Clearwater Basin, Idaho (Annual Report Prepared for U.S. Dept. of Energy) - Same as document #46 | 1284 |
| 4 Nov 2002 | 73 | May, B. | Letter from Bruce May containing 2 documents submitted relative to Second WCT Status Review | 1304 |
| May 2002 | 74 | Idaho Dept of Fish & Game | Draft of Conservation Agreement for Range-Wide Preservation & Management of WCT (Multi-Agency Cooperative Agreement) | 1305 |
| Jul 2002 | 75 | Idaho Dept of Fish & Game | WCT Range-Wide Assessment Update Historical Range, Current Status, & Risk Protocols (Example of Current Level of Coordination/Cooperation on WCT Conservation) | 1316 |
| 4 Nov 2002 | 76 | Dillen, A. | Letter from Abigail Dillen of American Wildlands Regarding Information Submitted Relative to Second WCT Status Review - E-Mail Forwarded from Mark Wilson-Same As document #34 | 1346 |
| 2 Nov 2002 | 77 | Frissell, C. | Letter from Chris Frissell Containing Comments Related to Second WCT Status Review – same as Doc 94. | 1349 |
| 1 Nov 2002 | 78 | McAllister, K. | Letter from Kathleen Mcallister, Deputy Regional Forester, U.S. Forest Service, containing documents submitted for Second WCT Status Review. 2p. (plus 11 attachments; **these are Docs 79−90**). | 1353 |
| 10 May 2001 | 79 | Prausa, R., et al. | Letter from Forest Supervisor Rick Pausa et al. to Regional Forester Containing Recommendations for Implementation of WCT Conservation Agreement | 1355 |
| 16 Jan 2002 | 80 | McAllister, K. | Letter to Forest Supervisors from Kathleen Mcallister Supporting Recommendations for Implementation pf 1999 WCT Conservation Agreement | 1358 |
| 14 Apr 2001 | 81 | USFS/BLM | Upper Missouri River MOU & Land Use Strategy for Implementing 1999 WCT Conservation Agreement | 1360 |
| 3 Sep 1964 | 82 | Public Law 88-577 88th Congress, S.4 | Copy of Wilderness Act | 1404 |
|  | 83 | Salwasser, H., D.N. Bosworth, J.E. Lowe | USDA Decision Notice & FONSI for Inland Native Fish Strategy | 1414 |
| 1995 | 84 | Hughes, J., D.N. Bosworth, J.E. Lowe | USDA Forest Service Inland Native Fish Strategy EA | 1433 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 24 Feb 1995 | 85 | Thomas, J., M. Dombeck | Forest Service/Bureau of Land Management Decision Notice/Decision Record, FONSI, & EA for Interim Strategies for Managing Anadromous Fish-Producing Watersheds in Eastern Oregon, Washington, Idaho, California | 1593 |
| 13 Apr 1994 | 86 | USDA/USDI | Record of Decision for Amendments to Forest Service & Bureau of Land Management Planning Documents Within Range of Northern Spotted Owl | 1931 |
| Apr 2002 | 87 | USFS | A Summary of Inland Cutthroat Trout Conservation Actions Undertaken During FY 2001 | 2009 |
| Mar 2001 | 88 | USFS | A Summary of Inland Cutthroat Trout Conservation Actions Undertaken During FY 2002 | 2099 |
| Mar 2000 | 89 | USFS | A Summary of Inland Cutthroat Trout Conservation Actions Undertaken During FY 2000 | 2165 |
|  | 90 | USFS | WFRP Database 2002 WCT Accomplishments - Draft | 2207 |
| 4 Nov 2002 | 91 | Hitt, N. | Letter to Lynn Kaeding from Nathaniel Hitt with Comments on WCT Status & Hybridization in Particular | 2209 |
| 2002 | 92 | Hitt, N. | Hybridization Between WCT (*Oncorhynchus clarki lewisi*) & RBT (*O. mykiss*): Distribution & Limiting Factors - MS Thesis | 2211 |
| 1 Nov 2002 | 93 | Robinson, J. | Letter from John Robinson of Idaho Conservation League Containing Comments on Second Status Review for WCT | 2299 |
| 2 Nov 2002 | 94 | Frissell, C. | Letter from Christopher Frissell of Pacific Rivers Council with Comments & Information Packet on Second Status Review of WCT **(Docs 95−103 are attachments to this letter.)** | 2301 |
| 1999 | 95 | Weigel, D. | Genetic Inventory of WCT in North Fork Clearwater Basin - Bonneville Power Administration Proposal Form (FY 99) - Same as document #48 | 2306 |
| 21 Nov 2001 | 96 | Adams S., C.A. Frissell, B.E. Rieman, Transactions of American Fisheries Society v131 | Changes in Distribution of Nonnative Brook Trout in an Idaho Drainage Over Two Decades | 2319 |
| 9 Feb 2001 | 97 | Adams, S., et al., Ecosystems 296-307 | Geography of Invasion in Mountain Streams: Consequences of Headwater Lake Fish Introductions | 2327 |
| 13 Oct 1999 | 98 | Adams, S., et al., Transactions of American Fisheries Society v129 | Movements of Nonnative Brook Trout in Relation to Stream Channel Slope | 2339 |
| 8 Jun 2000 | 99 | Harig, A., et al., North American Journal of Fisheries Management v20 | Factors Influencing Success of Greenback Cutthroat Trout Translocations - Same as document #39 | 2355 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 21 Jul 1999 | 100 | Trombulak, S., C.A. Frissell, Conservation Biology v14 | Review of Ecological Effects of Roads on Terrestrial & Aquatic Communities | 2367 |
| Apr 1996 | 101 | Frissell, C.A., D. Bayles, Journal of American Water Resources Association v32 #2 | Ecosystem Management & Conservation Of Aquatic Biodiversity & Ecological Integrity | 2381 |
|  | 102 | Franklin, J., D. Perry, R. Noss, D. Montgomery, C. Frissell, Report of National Wildlife Federation | Simplified Forest Management to Achieve Watershed & Forest Health: A Critique - A Scientific Panel on Ecosystem Based Forest Management | 2395 |
| 2001 | 103 | Wondzell, S., Northwest Science, v75 Special Issue | The Influence of Forest Health & Protection Treatments on Erosion & Stream Sedimentation in Forested Watersheds of Eastern Oregon & Washington - Abstract/Introduction | 2451 |
| 4 Nov 2002 | 104 | Fuller, R. | Letter from Ross Fuller of Washington Dept of Fish & Wildlife with Comments & Information Pertaining to Second WCT Status Review **(Docs 105−109 are attachments to this letter.)** | 2452 |
| 31 Dec 1998 | 105 | Crawford, Bruce | Washington Dept of Fish & Wildife's response to USFWS Federal Register Notice (63 FR 31691) from Assistant Director Crawford | 2459 |
| Dec 1998 | 106 | Williams, Ken | Westslope Cutthroat Status in Washington - Report | 2460 |
| 10 Oct 2002 | 107 | Washington Dept of Fish & Wildlife | Washington WCT Distribution Map | 2522 |
|  | 108 | Shaklee J.B., J.G. McLellan, S.F. Young | Genetic Integrity & Microgeographic Population Structure of WCT (*Oncorhynchus clarki lewisi*) in Pend Oreille Basin in Washington | 2523 |
| 8 Jul 2002 | 109 | Powell, M., J. Faler, E. Sanderson | Genetic Analysis of Redband Trout & Westslope Trout Populations from Colville National Forest | 2548 |
| 12 Feb 2003 | 110 | Snyder, R. | Letter from Bob Snyder of MTFWP transmitting document identical to Doc 119 for inclusion in Administrative Record | 2558 |
| 2002 | 111 | Vincent, R., American Fisheries Society Symposium v29 | Relative Susceptibility of Various Salmonids to Whirling Disease with Emphasis on Rainbow & Cutthroat Trout | 2559 |
| 15 Feb 2003 | 112 | Liberty, L. | Letter from Lenora Liberty member of Salish & Kootenai Tribes in Revais Canyon region containing comments on Second WCT status review **(Doc 113 is an attachment to this letter.)** | 2566 |
| 9 Mar 1976 | 113 | Peterson, L., B. Betts | Letter from Larry Peterson to Superintendent of Flathead Agency with comments relative to Revais Creek Cutthroat Trout Population - additional comments from previous Revais Creek study (1976) by Barry Betts attached. | 2567 |
| 10 Feb 2003 | 114 | Moore, V. | Letter from Virgil Moore of Idaho Fish & Game containing additional information submitted relative to WCT status review **(Docs 115−117 are attachments to this letter.)** | 2576 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| Feb 2003 | 115 | Schill, D. | Idaho Fish & Game Dept. study of long term data sets for WCT: Population Trends & an Assessment of Extinction Risk for WCT in Select Idaho Waters | 2578 |
| | 116 | Idaho Dept of Fish & Game | Actions Taken by Idaho Department of Lands to protect Fish Habitat in Waters Supporting Bull Trout & WCT - A partial list 1994-1997 | 2616 |
| 15 Feb 2003 | 117 | Campbell, M., et al., Idaho Dept of Fish & Game, Eagle Fish Genetics Lab | Updated MF Salmon River Genetics Study: An Assessment of Hybridization & Introgression Between WCT & both native & introduced trout in Middle Fork Salmon River, ID: Conservation & Management Implications | 2635 |
| 31 Jan 2003 | 118 | Huffaker, S. | Letter from Idaho Fish & Game's Steve Huffaker containing updated Interstate Assessment of WCT **(Doc 119 is an attachment to this letter.)** | 2671 |
| 10 Feb 2003 | 119 | Shepard, B., et al. | Status of WCT (*Oncorhynchus clarki lewisi*) in United States: 2002 - Cooperative Interstate Assessment of WCT | 2674 |
| 13 Feb 2003 | 120 | Gayeski, N. (Washington Trout) | Letter from Washington Trout's Nick Gayeski containing comments & information packet pertaining to new WCT status review **(Docs 121−128 are attachments to this letter.)** | 2774 |
| 27 Dec 1999 | 121 | Hilderbrand, R.: North American Journal of Fisheries Management v20 | Conserving Inland Cutthroat Trout in Small Streams: How Much Stream is Enough? - Same as document #38 | 2781 |
| 8 Jul 2002 | 122 | Powell, M., et al., Center for Salmonid & Freshwater Species at Risk | Genetic Analysis of Redband Trout & WCT Populations from Colville National Forest - Report submitted to Tom Shuhda, USFS, Colville National Forrest | 2789 |
| May 2000 | 123 | Shaklee, J., S.F. Young, Washington Dept of Fish & Game | A Microsatellite DNA-based Analysis of Population Structure of Cutthroat Trout (*Oncorhynchus clarki*) in Pend Oreille Basin in Washington | 2799 |
| 2000 | 124 | Shaklee, J., et al., Washington Dept of Fish & Game | Genetic Integrity & Microgeographic Population Structure of WCT (*Oncorhynchus clarki lewisi*) in Pend Oreille Basin in Washington - Manuscript for publication in Environmental Biology of Fishes | 2821 |
| 1Oct 1999 | 125 | Trotter, P., et al. | Genetic & Phenotypic Catalog of Native Resident Trout of Interior Columbia River Basin FY 1998 Report: Populations of Upper Yakima Basin - Prepared for U.S. Dept of Energy | 2843 |
| 1 Oct 2001 | 126 | Trotter, P., et al. | Genetic & Phenotypic Catalog of Native Resident Trout of Interior Columbia River Basin FY 2001 Report: Populations in Wenatchee, Entiat, Lake Chelan, & Methow River Drainages - Prepared for Northwest Power Planning Council Upper Basin Fish & Wildlife Program | 2896 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 1 May 2001 | 127 | Trotter, P., et al. | Genetic & Phenotypic Catalog of Native Resident Trout of Interior Columbia River Basin FY 1999 Report: Populations of Pend Oreille, Kettle & Sanpoil River Basins of Colville National Forest | 2944 |
|  | 128 | Trotter, P., et al. | Zip Disk containing the 3 Trotter reports listed above | 2997 |
| 12 Feb 2003 | 129 | Johnston, E. | Letter from Eric Johnston of Watershed, Wildlife, Fisheries & Rare Plants (U.S. Forest Service) containing information submitted for new WCT status review **(Doc 130 is an attachment to this letter.)** | 2998 |
| 2002 | 130 | Forest Service WFRP database report | Forest Service Regions 1, 4, 6 WCT Accomplishment Report - FY 2002 | 2999 |
| 18 Jan 2003 | 131 | Capital Trail Vehicle Assn | Letter with one attachment from Capital Trail Vehicle Association: Issues That Support a Reasonable Multiple-Use Alternative | 3006 |
| 14 Feb 2003 | 132 | Fuller, R., Washington Dept of Fish & Wildlife | Letter from Ross Fuller of Washington Dept of Fish & Wildlife supporting contents of Interstate Updated Assessment of WCT | 3064 |
| 12 Feb 2003 | 133 | Anacker, G., Flathead Valley Chapter of Trout Unlimited | Letter from Glen Anacker of Flathead Valley Chapter of Trout Unlimited urging Service to use best & latest data available in consideration of WCT status review | 3067 |
| 14 Feb 2003 | 134 | Ellis, J. | Letter from John Ellis of Off Road Business Association requesting Service's consideration of economic impacts | 3070 |
| 13 Feb 2003 | 135 | Curtis, K. | Letter from Kathleen Curtis in opposition to listing WCT | 3071 |
| 22 Jan 2003 | 136 | Hicks, S. | Postcard from Steve Hicks in opposition to listing WCT | 3073 |
| 15 Jan 2003 | 137 | Hopkins, D. | Letter from Duane Hopkins with comments pertaining to WCT status review | 3074 |
| 26 Dec 2002 | 138 | Harker, J. | E-mail from Jeffrey Harker comments on WCT status review | 3075 |
| 20 Jan 2003 | 139 | Coverdell, D. | E-mail from Darrel Coverdell with comments on WCT status review | 3076 |
| 22 Dec 2002 | 140 | Cole, B. | E-mail from Bob Cole with comments on WCT genetics | 3078 |
| 4 Jan 2003 | 141 | Smithson, J.K. | E-mail from J.K. Smithson with comments | 3079 |
| 6 Jan 2003 | 142 | Smithson, J.K. | E-mail from J.K. Smithson with comments - Same as document #141 | 3080 |
| 14 Feb 2003 | 143 | McMillan, B. | E-mail from Bill McMillan, biologist with Washington Trout containing WCT listing comments | 3081 |
| 9 Jan 2003 | 144 | Young, W. | Letter from Wesley Young to Ravalli Republic with comments regarding WCT | 3086 |
|  | 145 | Fagan, J. | Letter from Joe Fagan with comments on WCT status review | 3087 |
| 27 Dec 2002 | 146 | Drews, B. & E. | Letter from Bill & Elaine Drews with comments on WCT status review | 3089 |
|  | 147 | Palin, D. | Letter from David Palin with comments | 3090 |
| 15 Feb 2003 | 148 | Knowles, D. | Comments from Derrick Knowles of Kettle Range Conservation Group pertaining to WCT status review | 3091 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 15 Feb 2003 | 149 | Howell, P. | Information Regarding Origin & Genetic Characteristics of WCT in Oregon & Central Washington: Summary of Genetic Analysis submitted relative to WCT status review | 3098 |
|  | 150 | Hitt, N. | E-mail from Nathaniel Hitt regarding attached comments - loose document | 3119 |
|  | 151 | Hitt, N. | Letter to Lynn Kaeding from Nathaniel Hitt with comments on WCT status & hybridization in particular - loose document same as document #150 | 3120 |
| Nov 2001 | 152 | Allendorf, F., et al. | The problems with hybrids: setting conservation guidelines | 3122 |
| 2 Nov 2002 | 153 | Frissell, C. | Letter from Chris Frissell containing comments related to Second WCT status review - loose document same as documents #77 & #94 | 3132 |
| 4 Nov 2002 | 154 | Hagener, J., MTFWP | Letter from Jeff Hagener, Director, Montana Dept of Fish Wildlife and Parks (MTFWP) with comments & list of attachments submitted relative to Second WCT Status Review **(Docs 155−234 are attachments to this letter.)** | 3137 |
| Jul 2002 | 155 | MTFWP | WCT Range-wide Assessment Update Historical Range, Current Status, & Risk Protocols | 3164 |
| Dec 2000 | 156 | MTFWP | Tabular Summary of WCT Distribution Maps Showing for each Conservation Class Number of Populations, Number of Streams & Stream Miles | 3182 |
| 29 Dec 2000 | 157 | Utah Div of Wildlife Resources | Cutthroat Trout Management: A Position Paper - Genetic Considerations Associated with Cutthroat Trout Management - result of Inland Cutthroat Trout Meeting | 3184 |
| May 1999 | 158 | MTFWP | Memorandum of Understanding & Conservation Agreement for WCT (*Oncorhynchus clarki lewisi*) in Montana | 3197 |
| Mar 1998 | 159 | Leary R., et al., WCT Committee | Genetic Conservation of WCT in Upper Missouri River Drainage - Prepared by Montana WCT Technical Committee - (recommendations) | 3233 |
| 2002 | 160 | MTFWP | Summary of WCT Populations Scheduled for Genetic Testing in FY 2003 | 3244 |
| 1 Feb 1999 | 161 | MTFWP | Summary of WCT Conservation Actions - 1972-2002: Completed, Ongoing & Planned WCT Habitat Restoration Projects - Montana | 3252 |
| Aug 2001 | 162 | Montana Natural Heritage Program/MTFWP | List of Montana's animal species of concern with assigned status ranks | 3281 |
| 1995 | 163 | USFS | Inland Native Fish Strategy EA: Summary of EA & Draft FONSI (Intermountain, Northern, & Pacific Northwest Regions) | 3294 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| Mar 1994 | 164 | Montana Dept of State Lands | Montana Guide to Streamside Management Zone Law & Rules - booklet | 3311 |
| 2001 | 165 | Logan, R., Montana State University Extension Service | Water Quality Best Management Practices for Montana Forests - booklet | 3348 |
| 1998/2000 | 166 | Montana Dept of Natural Resources & Conservation Forestry Division | Montana Forestry Best Management Practices Monitoring: 1998 & 2000 Forestry BMP Audit Reports - 2 booklets | 3411 |
| 1999 | 167 | Campbell, Krista-Lee, Dept of Natural Resources & Conservation | Best Practices for Grazing (Montana) - public education booklet | 3568 |
| Jun 1995 | 168 | Schumaker, J., Montana Dept of Natural Resources & Conservation | Riparian Grazing Successes on Montana Ranches - public education booklet | 3601 |
| Sep 2000 | 169 | Montana Assn of Conservation Districts et al. | A Guide to Stream Permitting in Montana - brochure | 3634 |
| Feb 2002 | 170 | MTFWP | 2001 Annual Report & 2002 Conservation Plan for Bull Trout in Montana pursuant to Section 6(c)(1) of ESA | 3651 |
| Sep 2000 | 171 | USFWS - National Marine Fisheries Service | Environmental Impact Statement & Native Fish Habitat Conservation Plan - Plum Creek Timber Co. (cd) | 3730 |
| Mar 2001 | 172 | USFS | Summary of Inland Cutthroat Trout Conservation Actions Undertaken during FY 2000 | 3731 |
|  | 173 | Leary, R., et al. | WCT Restoration Program: Past & Present Distribution, Brood Stock Program, & Conservation Genetics Committee Report (4 Attachments) | 3798 |
| Aug 1997 | 174 | Rehwinkel, B., Montana Outdoors | Restoring Wild Fish Habitat: The Future Fisheries Improvement Program - Montana Outdoors article | 3827 |
|  | 175 | MTFWP Habitat Protection Bureau | Montana's Future Fisheries Improvement Program - Educational Brochure | 3835 |
| 1999 | 176 | Raney, C., et al., Montana Legislature | 1999 Montana Legislature House Bill No. 647 Language & Legislative Summary (An Act Creating Bull Trout & Cutthroat Trout Enhancement Program) | 3836 |
| 13 Sep 2002 | 177 | Raney, C., et at., Montana Legistature | House Bill No. 647 annual project summary | 3844 |
| 17 Jun 2002 | 178 | Lere, M., MTFWP | Letter to Ralph Morgenweck USFWS Regional Director with information regarding FRIMA review team ranking for FY 2002 proposals (FRIMA program questions/answers to assist applicants attached) | 3848 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 15 Dec 1999 | 179 | Leifer, W. | Cost-share Agreement between DFWP, Montana TU, USFS & BLM for Elkhorn Mountains WCT Restoration Program | 3855 |
| 28 Apr 1999 | 180 | Spoon, R., J. Canfield, MTFWP | Draft - EA Elkhorn Mountains WCT Restoration Program (Mountain Range Programmatic Assessment) | 3864 |
| 31 Oct 2001 | 181 | Nelson, L., MTFWP | Bring Back the Natives: Elkhorn Mountains WCT Recovery Program (Project # 00-001-006) Programmatic Report for Phase I of Program | 3918 |
| 6 Jul 1998 | 182 | MTFWP | MTFWP Cherry Creek Decision Notice | 3930 |
| 4 Sep 1998 | 183 | Garber, D., USFS | USFS Cherry Creek Decision Notice & FONSI - Cherry Creek Native Fish Introduction | 3968 |
| 3 Oct 1999 | 184 | McMillion, S., Bozeman Daily Chronicle; Phillips, M., Billings Gazette | Newspaper articles (3) on Cherry Creek Project | 3975 |
| Sep 2000 | 185 | Tews, A., et al. | WCT in North Central Montana - Status & Restoration Strategies (Special Report) | 3980 |
| 25 Sep 2001 | 186 | MTFWP | Challenge Cost-share Agreement between MTFWP & L&C Nat'l Forest | 4076 |
| 19 Feb 2002 | 187 | Keeler, Bobbi Jean | AFA for WCT Restoration in North Central Montana | 4086 |
| 16 Jan 2002 | 188 | USFS | USFS Memo Outlining Sub-Basin Planning Process in Missouri River Basin | 4103 |
| 21 Feb 2001 | 189 | MTFWP | Cooperative Agreement between MFWP & Sun Ranch, LLC | 4139 |
|  | 190 | MTFWP | Broodstock Management Plan for Sun Ranch Westslope Cutthroat Broodstock Program | 4144 |
| 5 Dec 1996 | 191 | MTFWP | Upper Madison River WCT Recovery Project - 1996 | 4146 |
| Mar 2000 | 192 | Sloat, M., et al., MTFWP | Survey of Tributaries to Madison River from Hebgen Dam to Ennis Montana, with Emphasis on Distribution & Status of WCT | 4164 |
| Mar 2000 | 193 | Pierce, R., et al., MTFWP | Blackfoot River Fisheries Inventory, Restoration & Monitoring Progress Report 2001 | 4334 |
|  | 194 | USFWS | Blackfoot Challenge Website at: http://mountain-prairie.fws.gov/pfw/montana/mt6.htm | 4485 |
| Mar 2002 | 195 | Pierce, R., et al. | Hierarchical Strategy for Prioritizing Restoration of 83 Impaired Tributaries of Big Blackfoot River | 4499 |
| Feb 2002 | 196 | MTFWP | Water Leasing Study - 2001 Annual Progress Report | 4595 |
|  | 197 | Peterman, L., et al., MTFWP | MFWP Fisheries Program Six-Year Operations Plan (2000-2006) | 4631 |
|  | 198 | MTFWP | The Montana Drought Response Plan - 1995 | 4738 |
| Apr 2001 | 199 | MTFWP | Annual FWP Drought Summary - 2000 | 4754 |
| Jun 2001 | 200 | MTFWP | Annual FWP Drought Summary - 2001 | 4817 |
|  | 201 | MTFWP | FWP Drought Fishing Closure Policy - 2002 | 4921 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| Jul 1998 | 202 | Pratt, K.L., Kleinschmidt Associates | Clark Fork Relicensing Team Fisheries Working Group: Clark Fork River Native Salmonid Restoration Plan | 4928 |
| 3 Jan 2002 | 203 | MTFWP | Summary of Project 2188 License Articles | 5030 |
| 31 Oct 2001 | 204 | MTFWP | Bonneville Power Administration Mitigation Accomplishments - Mitigation Compensation & Future Protection for Fish Populations Affected by Hydropower Development in Upper Columbia System, Montana | 5038 |
| 1 Mar 2002 | 205 | Peters, D., DJP Aquatic Consulting | Milltown Dam Protection, Mitigation & Enhancement Report - 2001 | 5096 |
| 3 Mar 2002 | 206 | State of Montana Natural Resource Damage Program | Upper Clark Fork River Basin Restoration Plan: Procedures & Criteria - March 2002 | 5332 |
| 2002/2003 | 207 | MTFWP | Montana 2003/2003 Fishing Regulations | 5407 |
|  | 208 | MTFWP, USFS, BLM | WCT Fishing Access ID Sign | 5512 |
|  | 209 | MTFWP | Scientific Collectors Permit Information & Application | 5513 |
|  | 210 | MTFWP | MFWP Electrofishing Methods Policy | 5521 |
|  | 211 | Whirling Disease Foundation | Copy of Whirling Disease Foundation Website | 5528 |
| 7 Feb 1997 | 212 | State of Montana Office of Governor | Executive Order 1-97 Continuing Governor's Whirling Disease Task Force | 5530 |
|  | 213 | Kessel, L., USFWS | Copy of National Wild Fish Health Survey Website | 5535 |
|  | 214 | MTFWP | Wild Egg Collection Protocol | 5540 |
| 18 Apr 1996 | 215 | Peterman, L., MTFWP | Wild Fish Transfer Policy | 5542 |
| 11 Mar 2002 | 216 | MTFWP | Examples of completed WCT wild fish transfer forms | 5552 |
| 25 Sep 2002 | 217 | Peterson, J., MTFWP | MTFWP Statewide Whirling Disease Survey - Montana Waters Tested for *Myxobolus Cerebralis* Since December 1994 - Also included: Survey of Specific Fish Pathogens in Free-ranging Fish from Six Lakes in Glacier National Park- technical report by Kenneth Peters of USFWS | 5555 |
|  | 218 | MTFWP | Bibliography of Whirling Disease Research Publications | 5795 |
| Jan 2002 | 219 | Montana Whirling Disease Task Force | Whirling Disease Task Force Update | 5824 |
| 3 Jul 2001 | 220 | Peterson, J., MTFWP | MTFWP Fish Health Policy | 5837 |
|  | 221 | MTFWP | Montana Fish Laws & Rules | 5864 |
| 15 Oct 2002 | 222 | Montana Aquatic Nuisance Species Technical Committee | Montana Aquatic Nuisance Species Management Plan | 5875 |
| 1 Jan 1999 | 223 | Hunter, C., MTFWP | Fisheries Policy Regarding Waters that Require an EA | 6021 |
|  | 224 | MTFWP | Illegal Fish Introductions Pamphlet: Illegal Introductions - A Fishery Managers Nightmare | 6023 |
|  | 225 | MTFWP | Whirling Disease Pamphlet: Whirling Disease in Montana | 6026 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| | 226 | MTFWP | Whirling Disease Poster | 6029 |
| | 227 | | Various Newspaper Articles concerning aquatic invasive species (New Zealand mud snail, crayfish, private fish ponds) | 6030 |
| 15 Sep 1999 | 228 | Livingston Enterprise | Pike threaten trout in Milltown Reservoir (Newspaper Article) | 6037 |
| | 229 | MTFWP | Private Pond Stocking Policy | 6039 |
| Sep 2000 | 230 | Montana Dept of Environmental Quality | Packet of Total Maximum Daily Loads information | 6044 |
| | 231 | MTFWP | Non-native Removal EA's & Documentation (Elkhorn Mountains, McClellan Creek, etc.) | 6262 |
| | 232 | MTFWP | WCT/Native Fish Educational Materials (Website pages, bumper stickers, Newspaper article, etc.) | 6330 |
| | 233 | Various Newspapers | Bundle of Newspaper articles concerning Cutthroat Trout Conservation Efforts | 6352 |
| | 234 | MTFWP | Numerous Published Papers Pertaining to Genetics & Population Viability | 6389 |

### *Draft "Hybrids" Section of WCT Finding and Peer-reviews received on the Section*

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 23 Jun 2003 | 235 | Campton & Kaeding | Draft "Hybrids" Section of WCT finding | 6655 |
| 1 Jul 2003 | 236 | Dr. John Avise, University of Georgia | Email providing peer-review of draft "Hybrids" section of WCT finding | 6675 |
| 2 Jul 2003 | 237 | Dr. Brian Bowen, University of Hawaii | Email and attached peer-review of draft "Hybrids" section of WCT finding | 6677 |
| 13 Jul 2003 | 238 | Dr. Thomas Dowling, Arizona State University | Email and attached peer-review of draft "Hybrids" section of WCT finding | 6680 |
| 21 Jul 2003 | 239 | Dr. Robert Behnke, Colorado State University (retired) | Letter providing peer-review of draft "Hybrids" section of WCT finding | 6686 |

### *Documents Related to WCT Genetics Reports Prepared by the Wild Trout and Salmon Genetics Laboratory, University of Montana, Missoula*

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 7 Aug 2002 | 240 | USFWS | Purchase order engaging the Wild Trout and Salmon Genetics Laboratory, University of Montana, to produce a comprehensive literature review on the effects of hybridization and genetic introgression on salmonid fishes, particularly cutthroat trout | 6692 |
| 11 Nov 2002 | 241 | Lindquist & Allendorf | Draft report under above PO (covered with email of transmission) | 6694 |
| 7 Jan 2003 | 242 | Kaeding, Lynn | Email providing overview of three peer reviews of draft Lundquist & Allendorf report; the reviews are attached ( the 3 subsequent documents) | 6716 |
| 23 Dec 2002 | 243 | Matt Campbell, Idaho Game & Fish Department | Peer review of draft report (covered with email of transmission) | 6717 |

| DATE | DOC # | AUTHOR / SOURCE | DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|---|
| 20 Nov 2002 | 244 | Dr. Don Campton, USFWS | Peer review of draft report, including marked copy of report (covered with email of transmission) | 6723 |
| 19 Dec 2002 | 245 | Dr. J. Holt Williamson, USFWS | Peer review of draft report (covered with email of transmission and subsequent email dated 30 Dec 2002 providing additional information) | 6749 |
| 20 Jan 2003 | 246 | Dr. Dennis Shiozawa, BYU | Peer review of draft report, including marked copy of report (covered with email of transmission). This review was also submitted to Dr. Allendorf on about this date, but the transmission email cannot be located | 6761 |
| 29 Oct 2002 | 247 | USFWS | Purchase order engaging the Wild Trout and Salmon Genetics Laboratory, University of Montana, to produce a report on hybridization and WCT | 6765 |
| 8 Jan 2003 | 248 | Allendorf et al. | Draft report produced under above PO (covered with email of transmission) | 6769 |
| 25 Mar 23 | 249 | Kaeding, Lynn | Email providing overview of 3 peer reviews of draft Allendorf et al. report; the reviews are attached (the 3 subsequent documents) | 6792 |
| 3 Mar 2003 | 250 | Dr. Steven Kalinowski, Montana State University | Peer review of draft report (covered with email of transmission) | 6793 |
| 16 Mar 2003 | 251 | Dr. Don Campton, USFWS | Peer review of draft report, including marked copy of report (covered with email of transmission) | 6797 |
| 21 Mar 2003 | 252 | Matt Campbell, Idaho Game & Fish Department | Peer review of draft report (covered with email of transmission) | 6804 |
| 26 Mar 2003 | 253 | Kaeding; Allendorf | Emails acknowledging among other things, that the proposed merging of the two draft reports described above into a single final report is acceptable to USFWS | 6811 |
| 1996 | 254 | Campbell, N. | "Science as a process of inquiry often involves hypothetico-deductive thinking" Page 15-20 in *Biology*, 4th edition | 6813 |
| 1999 | 255 | Derry, Gregory | Chapters 7, 11, and 14 from the book "What science is and how it works" | 6821 |

*References Cited in WCT Finding, Federal Register 68 (2003):46989*

| | | | | |
|---|---|---|---|---|
| | 256 | Adams, S.B., C.A. Frissell, and B.E. Rieman. 2000. Movements of nonnative brook trout in relation to stream channel slope. Transactions of the American Fisheries Society 129:623-638. | | 6872 |
| | 257 | Adams, S.B., C.A. Frissell, and B.E. Rieman. 2002. Changes in distribution of nonnative brook trout in an Idaho drainage over two decades. Transactions of the American Fisheries Society 131:561-568. | | 6888 |
| | 258 | Allendorf, F.W., and R.F. Leary. 1988. Conservation and distribution of genetic variation in a polytypic species, the cutthroat trout. Conservation Biology 2:170-184. | | 6896 |

| DATE | DOC # | AUTHOR / SOURCE   DOCUMENT DESCRIPTION | PAGE # |
|------|-------|---------------------------------------|--------|
|      | 259   | Allendorf, F.W., R.F. Leary, P. Spruell, and J.K. Wenberg. 2001. The problems with hybrids: setting conservation guidelines. Trends in Ecology and Evolution 16:613-622. | 6912 |
|      | 260   | Allendorf, F.W., R.F. Leary, N.P. Hitt, K.L. Knudsen, L.L. Lundquist, and P. Spruell. 2003. Intercrosses and the U.S. Endangered Species Act: should hybridized populations be included as westslope cutthroat trout? Unpublished manuscript, from the Division of Biological Sciences, University of Montana, Missoula, submitted to the U.S. Fish and Wildlife Service, Bozeman, Montana. 23p. | 6922 |
|      | 261   | Arnold, M.L. 1997. Natural hybridization and evolution. Oxford University Press, New York. | 6946 |
|      | 262   | Avise, J.C., and N.C. Saunders. 1984. Hybridization and introgression among species of sunfish (*Lepomis*): analysis by mitochondrial DNA and allozyme markers. Genetics 108:237-255. | 6975 |
|      | 263   | Baker, J., P. Bentzen, and P. Moran. 2002. Molecular markers distinguish coastal cutthroat trout from coastal rainbow trout/steelhead and their hybrids. Transactions of the American Fisheries Society 131:404-417. | 6985 |
|      | 264   | Bartholomew, J.L., and P.W. Reno. 2002. Review: the history and dissemination of whirling disease. Pages 3-24 in J.L. Bartholomew and J.C. Wilson, editors. Whirling disease: reviews and current topics. American Fisheries Society, Symposium 29, Bethesda, Maryland. | 6999 |
|      | 265   | Bartholomew, J.L., and J.C. Wilson, editors. 2002. Whirling disease: reviews and current topics. American Fisheries Society, Symposium 29, Bethesda, Maryland. | 7021 |
|      | 266   | Bartley, D.M., and G.A.E. Gall. 1991. Genetic identification of native cutthroat trout (*Oncorhynchus clarki*) and introgressive hybridization with introduced rainbow trout (*O. mykiss*) in streams associated with the Alvord Basin, Oregon and Nevada. Copeia 1991:854-859. | 7025 |
|      | 267   | Behnke, R.J. 1992. Native trout of western North America. American Fisheries Society Monograph 6. | 7031 |
|      | 268   | Behnke, R.J. 2002. Trout and salmon of North America. Simon and Schuster, New York. 359p. | 7146 |
|      | 269   | Bernatchez, L., H. Glemet, C.C. Wilson, and R.G. Danzmann. 1995. Introgression and fixation of Arctic char (*Salvelinus alpinus*) mitochondrial genome in an allopatric population of brook trout (*Salvelinus fontinalis*). Canadian Journal of Fisheries and Aquatic Sciences 52:179-185. | 7166 |
|      | 270   | Bertorelle, G., and L. Excoffier. 1998. Inferring admixture proportions from molecular data. Molecular Biology and Evolution 15:1298-1311. | 7173 |
|      | 271   | Bond, C.E. 1996. Biology of Fishes (2nd edition). Saunders College Publishing, Orlando, Florida. 750p | 7187 |
|      | 272   | Busack, C.A., and G.A.E. Gall. 1981. Introgressive hybridization in populations of Paiute cutthroat trout (*Salmo clarki seleniris*). Canadian Journal of Fisheries and Aquatic Sciences 38:939-951. | 7248 |
|      | 273   | Campton, D.E. 1987. Natural hybridization and introgression in fishes: methods of detection and genetic interpretations. Pages 161-192 in N. Ryman and F. Utter, editors. Population Genetics and Fishery Management. University of Washington Press, Seattle. | 7262 |
|      | 274   | Campton, D.E. 1990. Application of biochemical and molecular genetic markers to analysis of hybridization. Pages 241-263 in D.H. Whitmore, editor. Electrophoretic and isoelectric focusing techniques in fisheries management. CRC Press, Boca Raton, Florida. | 7294 |

| DATE | DOC # | AUTHOR / SOURCE        DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|
| | 275 | Campton, D.E., and F.M. Utter. 1985. Natural hybridization between steelhead trout (*Salmo gairdneri*) and coastal cutthroat trout (*Salmo clarki clarki*) in two Puget Sound streams. Canadian Journal of Fisheries and Aquatic Sciences 42:110-119. | 7318 |
| | 276 | Carmichael, G.J., J.N. Hanson, M.E. Schmidt, and D.C. Morizot. 1993. Introgression among Apache, cutthroat, and rainbow trout in Arizona. Transactions of the American Fisheries Society 122:121-130. | 7328 |
| | 277 | Caro, T.M., and M.K. Laurenson. 1994. Ecological and genetic factors in conservation: a cautionary tale. Science 263:485-496. | 7338 |
| | 278 | Childs, M.R., A.A. Echelle, and T.E. Dowling. 1996. Development of the hybrid swarm between Pecos pupfish (Cyprinodontidae: *Cyprinodon pecosensis*) and sheepshead minnow (*Cyprinodon variegatus*): a perspective from allozymes and mtDNA. Evolution 50:2014-2022. | 7342 |
| | 279 | DeMarais, B.D., T.E. Dowling, M.E. Douglas, W.L. Minkley, and P.C. Marsh. 1992. Origin of *Gila seminuda* (Teleostei: Cyprinidae) through introgressive hybridization: implications for evolution and conservation. Proceedings of the National Academy of Science (USA) 89:2747-2751. | 7351 |
| | 280 | DeWitt, J.W., Jr. 1954. A survey of the coastal cutthroat trout, *Salmo clarki clarki* Richardson, in California. California Fish and Game 40: 329-335. | 7356 |
| | 281 | Dowling, T.E., and C.L. Secor. 1997. The role of hybridization in the evolutionary diversification of animals. Annual Reviews in Ecology and Systematics 28:593-619. | 7360 |
| | 282 | Dowling, T.E., and M.R. Childs. 1992. Impact of hybridization on a threatened trout of the southwestern United States. Conservation Biology 6:355-364. | 7387 |
| | 283 | Downing, D.C., T.E. McMahon, B.L. Kerans, and E.R. Vincent. 2002. Relation of spawning and rearing life history of rainbow trout and susceptibility to *Myxobolus cerebralis* infection in the Madison River, Montana. Journal of Aquatic Animal Health 14:191-203. | 7397 |
| | 284 | Echelle, A.A., and A.F. Echelle. 1997. Genetic introgression of endemic taxa by non-natives: a case study with Leon Springs pupfish and sheepshead minnow. Conservation Biology 11:153-161. | 7411 |
| | 285 | Epifanio, J.M., and D.P. Philipp. 1997. Sources of misclassifying genealogical origins in mixed hybrid populations. Journal of Heredity 88:62-65. | 7429 |
| | 286 | Ferguson, M.M., R.G. Danzmann, and F.W. Allendorf. 1985. Absence of developmental incompatibility in hybrids between rainbow trout and two subspecies of cutthroat trout. Biochemical Genetics 23:557-570. | 7435 |
| | 287 | Ferris, S.D., R.D. Sage, C.M. Huang, J.T. Nielsen, U. Ritte, and A.C. Wilson. 1983. Flow of mitochondrial DNA across a species boundary. Proceedings of the National Academy of Science (USA) 80:2290-2294. | 7441 |
| | 288 | Forbes, S.H., and F.W. Allendorf. 1991a. Associations between mitochondrial and nuclear genotypes in cutthroat trout hybrid swarms. Evolution 45: 1332-1349. | 7451 |
| | 289 | Forbes, S.H., and F.W. Allendorf. 1991b. Mitochondrial genotypes have no detectable effects on meristic traits in cutthroat trout hybrid swarms. Evolution 45: 1350-1359. | 7469 |

| DATE | DOC # | AUTHOR / SOURCE — DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|
| | 290 | Gerber, A.S., C.A. Tibbets, and T.E. Dowling. 2001. The role of introgressive hybridization in the evolution of the *Gila robusta* complex (Teleostei: Cyprinidae). Evolution 55:2028-2039. | 7479 |
| | 291 | Glemet, H., P. Blier, and L. Bernatchez. 1998. Geographical extent of Arctic char (*Salvelinus alpinus*) mtDNA introgression in brook char populations (*S. fontinalis*) from eastern Quebec, Canada. Molecular Ecology 7:1655-1662. | 7491 |
| | 292 | Granath, W.O., and M.A. Gilbert. 2002. The role of *Tubifex tubifex* (Annelida: Oligochaeta: Tubificidae) in the transmission of *Myxobolus cerebralis* (Myxozoa: Myxosporea: Myxobolidae). Pages 79-85 in J.L. Bartholomew and J.C. Wilson, editors. Whirling disease: reviews and current topics. American Fisheries Society, Symposium 29, Bethesda, Maryland. | 7499 |
| | 293 | Griffith, J.S. 1988. Review of competition between cutthroat trout and other salmonids. American Fisheries Society Symposium 4. 4:134-140. | 7507 |
| | 294 | Hartman, G.F., and C.A. Gill. 1968. Distributions of juvenile steelhead and cutthroat trout (*Salmo gairdneri* and *S. clarki clarki*) within streams in southwestern British Columbia. Journal of the Fisheries Research Board of Canada 25: 33-48. | 7515 |
| | 295 | Hedrick, P.W. 1995. Gene flow and genetic restoration: the Florida panther as a case study. Conservation Biology 9:996-1007. | 7525 |
| | 296 | Hubbs, C. 1955. Hybridization between fish species in nature. Systematic Zoology 4:1-20. | 7537 |
| | 297 | Kanda, N., R.F. Leary, P. Spruell, and F.W. Allendorf. 2002. Molecular genetic markers identifying hybridization between the Colorado River - greenback cutthroat trout complex and Yellowstone cutthroat trout or rainbow trout. Transactions of the American Fisheries Society 131:312-319. | 7557 |
| | 298 | Kerans, B.L., and A.V. Zale. 2002. The ecology of *Myxobolus cerebralis*. Pages 145-166 in J.L. Bartholomew and J.C. Wilson, editors. Whirling disease: reviews and current topics. American Fisheries Society, Symposium 29, Bethesda, Maryland. | 7565 |
| | 299 | Kruse, C.G., W.A. Hubert, and F.J. Rahel. 2001. An assessment of headwater isolation as a conservation strategy for cutthroat trout in the Absaroka Mountain of Wyoming. Northwest Science 75(1):1-11. | 7588 |
| | 300 | Leary, R.F., F.W. Allendorf, S.R. Phelps, and K.L. Knudsen. 1984. Introgression between westslope cutthroat and rainbow trout in the Clark Fork River drainage, Montana. Proceedings of the Montana Academy of Sciences 43: 1-18. | 7598 |
| | 301 | Leary, R.F., F.W. Allendorf, and G.K. Sage. 1995. Hybridization and introgression between introduced and native fish. American Fisheries Society Symposium 15:91-101. | 7608 |
| | 302 | Leary, R.F., W.R. Gould, and G.K. Sage. 1996. Success of basibranchial teeth in indicating pure populations of rainbow trout and failure to indicate pure populations of westslope cutthroat trout. North American Journal of Fisheries Management 16:210-213. | 7620 |
| | 303 | Leary, R.F., F.W. Allendorf, and N. Kanda. 1997. Lack of genetic divergence between westslope cutthroat trout from the Columbia and Missouri River drainages. Wild Trout and Salmon Genetics Laboratory Report 97/1. University of Montana, Missoula. 25p. | 7624 |

| DATE | DOC # | AUTHOR / SOURCE        DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|
| | 304 | Loudenslager, E.J., and R. Kitchen. 1979. Genetic similarity of two forms of cutthroat trout, *Salmo clarki*, in Wyoming. Copeia 1979:673-674. | 7650 |
| | 305 | MacConnell, E., and E.R. Vincent. 2002. The effects of *Myxobolus cerebralis* on the salmonid host. Pages 95-107 in J.L. Bartholomew and J.C. Wilson, editors. Whirling disease: reviews and current topics. American Fisheries Society, Symposium 29, Bethesda, Maryland. | 7656 |
| | 306 | Marnell, L.F., R.J. Behnke, and F.W. Allendorf. 1987. Genetic identification of cutthroat trout, *Salmo clarki*, in Glacier National Park. Canadian Journal of Fisheries and Aquatic Sciences 44: 1830-1839. | 7670 |
| | 307 | Meagher, S., and T.E. Dowling. 1991. Hybridization between the cyprinid fishes *Luxilus albeolus*, *L. cornutus*, and *L. cerasinus*, with comments on the hybrid origin of L. albeolus. Copeia 1991:979-991. | 7680 |
| | 308 | Miller, R.R. 1950. Notes on the cutthroat and rainbow trouts with the description of a new species from the Gila River, New Mexico. Occasional Papers of the Museum of Zoology, University of Michigan, No. 429. 43p. | 7694 |
| | 309 | Moyle, P.B., and J.J. Cech, Jr. 1996. Fishes: an introduction to ichthyology (3rd ed.). Prentice Hall, Upper Saddle River, New Jersey. 590p. | 7716 |
| | 310 | Nowak, R.M., and N.E. Federoff. 1998. Validity of the red wolf: response to Roy et al. Conservation Biology 12:722-725. | 7724 |
| | 311 | O'Brien, S.J., and E. Mayr. 1991. Bureaucratic mischief: recognizing endangered species and subspecies. Science 251:1187-1188. | 7728 |
| | 312 | Redenbach, Z., and E.B. Taylor. 2002. Evidence for historical introgression along a contact zone between two species of char (Pisces: Salmonidae) in northwestern North America. Evolution 56:1021-1035. | 7732 |
| | 313 | Rhymer, J.M., and D. Simberloff. 1996. Extinction by hybridization and introgression. Annual Review of Ecology and Systematics 27:83-109. | 7747 |
| | 314 | Rieman, B.E., and J.B. Dunham. 2000. Metapopulations and salmonids: a synthesis of life history patterns and empirical observations. Ecology of Freshwater Fish 9:51-64. | 7774 |
| | 315 | Rieseberg, L.H. 1997. Hybrid origins of plant species. Annual Reviews in Ecology and Systematics 28:359-389. | 7788 |
| | 316 | Rubidge, E., P. Corbett, and E.B. Taylor. 2001. A molecular analysis of hybridization between native westslope cutthroat trout and introduced rainbow trout in southeastern British Columbia, Canada. Journal of Fish Biology 59 (Supplement A):42-54. | 7819 |
| | 317 | Shepard, B.B., B.E. May, and W. Urie. 2003. Status of westslope cutthroat trout (*Oncorhynchus clarki lewisi*) in the United States: 2002. Report of the westslope cutthroat interagency conservation team. 88p. Available at http://www.fwp.state.mt.us/wildthings/westslope/content.asp. In addition, the data files analyzed as part of the preparation of this report may be obtained at http://www.streamnet.org/online-data/OutSideDataSets.html. | 7832 |

| DATE | DOC # | AUTHOR / SOURCE — DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|
| | 318 | Spruell, P., K.L. Pilgrim, B.A. Greene, C. Habicht, K.L. Knudsen, K.R. Lindner, J.B. Olsen, G.K. Sage, J.E. Seeb, and F.W. Allendorf. 1999. Inheritance of nuclear DNA markers in gynogenetic haploid pink salmon. Journal of Heredity 90:289-296. | 7932 |
| | 319 | Spruell, P., M.L. Bartron, N. Kanda, and F.W. Allendorf. 2001. Detection of hybrids between bull trout (*Salvelinus confluentus*) and brook trout (*S. fontinalis*) using PCR primers complementary to interspersed nuclear elements. Copeia 2001:1093-1099. | 7940 |
| | 320 | U.S. Fish and Wildlife Service. 1999. Status review for westslope cutthroat trout in the United States. Regions 1 and 6. Available at our web site http://mountain-prairie.fws.gov/endspp/fish/wct/. | 7947 |
| | 321 | Utah Division of Wildlife Resources. 2000. Genetic considerations associated with cutthroat trout management. A position paper prepared by the fish and wildlife agencies of seven western States. Utah Division of Wildlife Resources Publication Number 00-26. Salt Lake City. 9p. Available at http://wildlife.utah.gov/pdf/cuttpos.pdf. | 8140 |
| | 322 | Verspoor, E., and J. Hammar. 1991. Introgressive hybridization in fishes: the biochemical evidence. Journal of Fish Biology 39 (Suppl. A):309-334. | 8152 |
| | 323 | Vincent, E.R. 2002. Relative susceptibility of various salmonids to whirling disease with emphasis on rainbow and cutthroat trout. Pages 109-115 in J.L. Bartholomew and J.C. Wilson, editors. Whirling disease: reviews and current topics. American Fisheries Society, Symposium 29, Bethesda, Maryland. | 8166 |
| | 324 | Weigel, D.E., J.T. Peterson, and P. Spruell. 2002. A model using phenotypic characteristics to detect introgressive hybridization in wild westslope cutthroat trout and rainbow trout. Transactions of the American Fisheries Society 131:389-403. | 8174 |
| | 325 | Weigel, D.E., J.T. Peterson, and P. Spruell. 2003. Introgressive hybridization between native cutthroat trout and introduced rainbow trout. Ecological Applications 13(1):38-50. | 8190 |
| | 326 | Wilson, C., and L. Bernatchez. 1998. The ghost of hybrids past: fixation of arctic charr (*Salvelinus alpinus*) mitochondrial DNA in an introgressed population of lake trout (*S. namaycush*). Molecular Ecology 7:127-132. | 8216 |
| | 327 | Young, W.P., C.O. Ostberg, P. Keim, and G.H. Thorgaard. 2001. Genetic characterization of hybridization and introgression between anadromous rainbow trout (*Oncorhynchus mykiss irideus*) and coastal cutthroat trout (*O. clarki clarki*). Molecular Ecology 10:921-930. | 8222 |

*Other documents considered during status review*

| DATE | DOC # | AUTHOR / SOURCE — DOCUMENT DESCRIPTION | PAGE # |
|---|---|---|---|
| 36 Jun 2003 | 328 | Allendorf, Fred — Email providing an attached electronic copy of a manuscript by Hill et al. involving WCT hybridization | 8232 |