30 November 2003

Chief
Branch of Native Fishes Management
U.S. Fish and Wildlife Service
Montana Fish and Wildlife Management Assistance Office
4052 Bridger Canyon Road
Bozeman, MT 59715

Please consider our following comments in response to the recent Reconsidered Finding for an amended petition to list the westslope cutthroat trout (WCT) as threatened throughout its range published in the Federal Register (Vol. 68, No. 151, 7 August 2003).

We fully support the conclusion of the Finding that hybridization is a major threat to the conservation of WCT. Nevertheless, we believe that the Finding has serious flaws. We believe that the reconsideration of the extent to which it is appropriate to include "hybrid" WCT populations in the taxonomic group considered for listing is not based upon the existing scientific evidence. We have three primary concerns.

(1) According to the finding: *Our principal criterion for including potentially introgressed populations, and populations of unknown genetic characteristics, with the WCT subspecies under the Act is whether fish in those populations conform morphologically to the scientific taxonomic description of the WCT subspecies.* The scientific source for those morphological characteristics that distinguish WCT is Behnke (1992). However, there are no original data presented in Behnke (1992) to apply this criterion.

In addition, a comparison of the range of values for WCT, Yellowstone cutthroat trout (YCT), and rainbow trout presented by Behnke (1992) indicates that there are no morphological characters that distinguish WCT. That is, the range of all of the morphological characters presented by Behnke (1992) overlap in WCT and YCT. The following data are taken from the descriptions by Behnke (1992) of WCT, YCT, and rainbow trout:

1

| Trait | YCT | WCT | Rainbow trout | |
|---|---|---|---|---|
| | | | Coastal | Columbia redband |
| Vertebrae | 60-63 | 59-63 | 61-65 | 63-66 |
| Lateral line scales | 150-200 | 150-200 | 120-140 | 130-170 |
| Pyloric caeca | 25-50 | 25-50 | 40-70 | 30-50 |
| Gill rakers | 17-23 | 17-21 | 17-24 | Not given |

Because of this overlap of ranges, some populations of pure YCT or pure rainbow trout may be within the "*ranges of those characters for the WCT subspecies*". Thus, this is not a scientifically valid criterion to identify WCT.

As stated in the finding, genetic data can only be used if there are no morphological data available for a particular population: *Consequently, for populations for which molecular genetic data may be the only data available, populations with less than 20 percent introgression will be considered WCT under the Act, whereas populations with more than 20 percent introgression will generally be excluded from the WCT subspecies.* According to this policy, populations that meet the morphological criterion of being WCT would be included as part of the listing unit even if there are molecular data available that indicate that they contain substantially less than 50% WCT genes on the basis of molecular analysis!

The primary reliance on morphology to determine what should be considered a WCT ignores scientific progress in understanding hybridization and detecting hybrids over the last 30 years (Allendorf et al. 2001). Genetic techniques using protein electrophoresis and direct examination of DNA have become the accepted scientific taxonomic standard (Tautz et al. 2003). This finding ensures that the best scientific data will not be used to make these difficult decisions.

(2) The explicit assumption of the use of morphological criteria to distinguish WCT is that "*natural populations conforming morphologically to the scientific taxonomic description of WCT are presumed to express the behavioral, ecological, and life-history characteristics of WCT.*" There are no scientific data presented in the Finding to support this assumption.

In contrast, there is clear evidence that this assumption is incorrect. The continued spread of hybridization in the range of WCT (Hitt et al. in press) is strong evidence that hybridized populations do not function as WCT. Native WCT populations demonstrate strong genetic differentiation over even short geographical distances; this indicates very little natural gene flow among native populations of WCT populations

(Allendorf & Leary 1988; Taylor et al. 2003). The rapid spread of introgression, however, indicates that there is a high rate of dispersal and gene flow from hybridized populations.

Rainbow trout, YCT, and WCT show little morphological divergence, but have major differences in behavior, ecological, and life-history. Thus, there is no reason whatsoever to assume that a hybridized population of WCT and either of these two taxa would express the behavioral, ecological, and life-history characteristics of WCT.

(3) The finding states that "*we expect the frequency of genes from the other taxa to remain low in the population. Therefore, we do not consider such populations contributing to the threat of hybridization to the WCT subspecies.*" There is no basis for this assumption that the proportion of admixture will remain low. In contrast, the recent empirical data of Hitt et al. (in press) cited in the Finding show exactly the opposite. That is, the frequency of admixture in hybridized WCT populations in the North Fork of the Flathead River has increased over the last 20 years. In addition, Hitt et al. (in press) found that the best predictor of whether or not a WCT became hybridized was its proximity to a hybridized population. Thus, these hybridized populations that would be considered as WCT under the Finding are a major threat of hybridization of WCT.

We appreciate that this is a complex situation. Nevertheless, we believe that the conclusions of the finding are seriously flawed and clearly are not supported by the best available scientific evidence.

Sincerely,

Fred W. Allendorf  
Professor of Biology

Paul Spruell  
Assistant Professor of Biology

**Literature Cited**

Allendorf, F. W., and R. F. Leary. 1988. Conservation and distribution of genetic variation in a polytypic species: The cutthroat trout. Conservation Biology 2:170-184.

Allendorf, F. W., R. F. Leary, P. Spruell, and J. K. Wenburg. 2001. The problems with hybrids: setting conservation guidelines. Trends in Ecology & Evolution 16:613-622.

Behnke, R. J. 1992. Native trout of western North America. American Fisheries Society Monograph 6, Bethesda, MD.

Hitt, N.P., C.A. Frissell, C. Muhlfeld, and F.W. Allendorf. In press. Spread of hybridization between native westslope cutthroat trout, *Oncorhynchus clarki lewisi*, and non-native rainbow trout, O. mykiss. Canadian J. Fish. Aquat. Sci.

Tautz, D., P. Arctander, A. Minelli, R. H. Thomas, and A. P. Vogler. 2003. A plea for DNA taxonomy. Trends in Ecology & Evolution 18:70-74.

Taylor, E. B., M. D Stamford, and J. S. Baxter. 2003. Population subdivision in westslope cutthroat trout (*Oncorhynchus clarki lewisi*) at the northern periphery of its range: evolutionary inferences and conservation implications. Molecular Ecology 12:2609-2622.