

**Department of Fisheries and Wildlife Sciences**

VIRGINIA POLYTECHNIC INSTITUTE
AND STATE UNIVERSITY

College of Natural Resources
Mail Code 0321, Blacksburg, Virginia 24061
(540) 231-5573   Fax: (540) 231-7580

Lynn R. Keading
Chief, Branch of Native Fishes Management
United States Fish and Wildlife Service
Montana Fish and Wildlife Management Assistance Office
4052 Bridger Canyon Road
Bozeman, MT 59715

July 10, 2004

Dear Lynn,

    We would like to provide additional comments on USFWS policy regarding genetic introgression and westslope cutthroat trout (WCT). We appreciate your attention to these issues, but we disagree with the USFWS' interpretation of our data on several counts and believe that the current introgression policy does not represent the best available scientific information. Specifically, we believe that USFWS policy on genetic introgression is untenable because (a) the 20% introgression "threshold" suffers from analytical and conceptual problems; (b) the threshold fails to recognize threats to WCT; and (c) upstream transport of introgression is unlikely to be prevented by ecological gradients. In this letter, we provide brief comments on each of these points in reference to the *Federal Register* (68:46989) and your letter of 27 February 2004 addressed to Fred Allendorf and Paul Spruell.

    The *Federal Register* cites Leary et al. (1984) in support of its 20% introgression threshold for WCT. However, this interpretation of Leary et al. (1984) is problematic because the only site reported to have 20% introgression (Stoney Creek) also supported significant linkage disequilbrium (i.e., non-random association of alleles among loci). In other words, this stream was not a hybrid swarm, but supported the majority of introgression in a minority of individuals. Consequently, the actual percent introgression in Stoney Creek is unknown. It is therefore an analytical mistake for the USFWS to base its introgression threshold on the Stoney Creek site as reported in Leary et al. (1984).

    Conceptually, it is a mistake to base a genetic threshold solely on morphological characters. Such an interpretation fails to recognize the fundamental patterns of WCT population genetic structure: high genetic diversity among populations and low genetic diversity within populations. In this context, WCT populations encompass small watersheds (i.e., 6th digit HUCs), relative to other subspecies of cutthroat trout. One of the most basic implications of population genetics is that fine-grained population genetic structure likely confers local adaptations – with or without morphological variation. The absence of morphological divergence among subpopulations offers no evidence against the presence of important local adaptations in WCT. However, the USFWS policy mistakenly assumes this to be the case.

The introgression policy is also conceptually problematic because it assumes that morphological distinctions among taxa will clearly reflect taxonomic and evolutionary lineages. Yet it is apparent that this is not always the case. For instance, some morphometric and meristic traits for salmonid fishes show little divergence, yet the taxa are accepted as distinct due to genetic and behavioral patterns (see Behnke 1992). Just as it would be a mistake to reclassify salmonid fishes based solely on their morphological measures, it is a mistake to derive a genetic threshold based solely on morphological thresholds. Such a policy fails to recognize fundamental advances in WCT genetics research over the last 25 years.

As described in previous correspondence, the 20% introgression threshold is problematic because it fails to recognize threats to WCT. Even assuming the there was a morphological threshold associated with 20% non-native genes in an admixed population of WCT (an unlikely scenario), these morphological differences would provide very little information about the survival and reproduction rates of the admixed populations. Further, such field studies would be impossible because it is likely that natural selection affects WCT populations not as a constant pressure, but as periodic events associated with fires or floods. Although the long-term fitness consequences of introgression are uncertain, it is self-evident that native WCT have survived many such selective events, due in part to their genetic legacy. Moreover, temporal data presented in Hitt et al. (2003) are consistent with the hypothesis that introgression is accelerating the background rate of straying of individuals among subpopulations, also leading to the potential loss of local adaptations in WCT. Given these circumstances, we can find no scientific rationale for the USFWS policy failing to recognize the importance of genetic diversity in WCT or the threats posed by introgression.

Finally, the introgression policy falsely assumes that introgression will decrease in headwater areas with native WCT. The *Federal Register* asserts that "the upstream introgression of rainbow trout genes would eventually be halted by diminished stream size, as evidenced by the observation that rainbow trout usually inhabit larger streams than cutthroat trout" (pg. 47004). This assertion attributed to data from N.P. Hitt's Masters thesis. However, the data in this thesis and the corresponding *Canadian Journal of Fisheries and Aquatic Sciences* paper (60:1440-1451) do not support this interpretation. In fact, the interpretation in the *Federal Register* is antithetical to the reported data in Hitt (2002) and Hitt et al. (2003).

We tested the hypothesis that ecological gradients serve as barriers to introgression (as purported in the *Federal Register*) and rejected it due to an abundance of evidence to the contrary. We evaluated the relative strength of association among introgression status and water temperature regimes, geomorphological gradients, and watershed condition metrics (i.e., road density as an index of degradation). We then contrasted these physical metrics against spatial measures of proximity to nearest neighboring sites and the hybridization status of these neighboring areas. We reasoned that if introgression status was more strongly associated with ecological variation than the hybridization status of the neighboring sites, environmental factors could potentially limit the upstream spread of introgression. However, we observed hybridization throughout the range of measured environmental conditions and a stronger association of hybridization with neighboring site status than any environmental gradient. We

2

therefore concluded that upstream introgression will not be limited by environmental gradients in our study area. Spatial autocorrelation modeling also supported this interpretation (Hitt et al. 2003).

The abstract in Hitt's thesis makes this point explicitly: "environmental gradients do not effectively limit the spread of RBT introgression". The abstract to Hitt et al. (2003) also synthesizes this finding and its rationale: "the spread of hybridization may be constrained more by demographic than by environmental factors, given that (*i*) hybridized populations generally encompassed the range of environmental variability in nonhybridized populations, and (*ii*) hybridization status was more strongly associated with neighborhood statistics than measured environmental gradients." We therefore cannot agree with the USFWS interpretation of our data in the *Federal Register*.

Thank you for your attention to these issues. We look forward to hearing from you. As always, feel free to contact us for clarification of the issues raised in this letter or for interpretation of our research.

Sincerely,

Nathaniel P. Hitt
Department of Fisheries and Wildlife Sciences
Virginia Polytechnic Institute and State University

/s/
Fred W. Allendorf
Division of Biological Sciences
University of Montana

/s/
Christopher A. Frissell
Pacific Rivers Council

cc.   Marjorie Nelson, USFWS
      Don Campton, USFWS
      Steven A. Williams, USFWS
      Rob Ament, American Wildlands
      Abigail Dillen, Earthjustice

Behnke, R. J. 1992. Native Trout of Western North America. American Fisheries Society Monograph 6, Bethesda, Maryland.
Hitt, N. P. 2002. Hybridization between westslope cutthroat trout (*Oncorhynchus clarki lewisi*) and rainbow trout (*O. mykiss*): distribution and limiting factors. 80pp. Division of Biological Sciences. University of Montana, Missoula.
Hitt, N. P., C. A. Frissell, C. C. Muhlfeld, and F. W. Allendorf. 2003. Spread of hybridization between native westslope cutthroat trout, *Oncorhynchus clarki lewisi*, and nonnative rainbow trout, *Oncorhynchus mykiss*. *Canadian Journal of Fisheries and Aquatic Sciences* 60: 1440-1451.
Leary, R. F., F. W. Allendorf, S. R. Phelps, and K. L. Knudsen. 1984. Introgression between westslope cutthroat trout and rainbow trout in the Clark Fork River drainage, Montana. *Proceedings of the Montana Academy of Sciences* 43: 1-18.