# Yellowstone Fisheries & Aquatic Sciences

## Annual Report 2003



*Yellowstone cutthroat trout*

Todd M. Koel, Jeffrey L. Arnold, Patricia E. Bigelow,
Philip D. Doepke, Brian D. Ertel, and Daniel L. Mahony

National Park Service
Yellowstone Center for Resources
Yellowstone National Park, Wyoming
YCR-NR-2004-03

# Westslope Cutthroat Trout Restoration



## Population Surveys

Since 1983, park fishery personnel have been collecting information about the westslope cutthroat trout (*Onchorhynchus clarki lewisi*) residing in Fan Creek, a tributary of the Gallatin River (Figure 1). This native trout was historically abundant in both the Gallatin and Madison river basins, but recent genetic surveys indicated that the most likely concentrations of genetically pure westslope cutthroat trout were located only in the headwater sections of Fan Creek. Although five genetically pure westslope cutthroat trout were collected near the confluence of Fan Creek and the Gallatin River in 1997, subsequent samplings upstream suggest that the population has hybridized with Yellowstone cutthroat trout, rainbow trout (*Onchorhynchus mykissi*), or both, in most of the Fan Creek mainstem.

In order to obtain more detailed information about the remaining westslope cutthroat trout populations in the park, population estimates have been conducted annually since 1998 at several 100-m sections in the mainstem and each of the two forks of Fan Creek (Figure 7). Several years of sampling have shown that despite considerable annual variability, abundance of westslope cutthroat trout in much of the Fan Creek watershed is relatively low (<500 individuals per kilometer). At the low gradient sites (North Fork 1 and both of the East Fork sections), estimated density of cutthroat declined by about 50% from the maximum observed in 2001 (Figure 8). In contrast, estimated westslope cutthroat trout abundance in the upper two North Fork sections containing large amounts of woody debris was consistently higher than that observed in the downstream areas.

Westslope cutthroat trout captured from the North Fork in 2003 were mostly small fish (<200 mm total length), but two caught near the confluence of the North and East forks were 381 mm long. Preliminary length frequency analyses suggested that at least three, and possibly four, distinct year classes of cutthroat trout were present in the North Fork Fan Creek in 2003. As in previous years, mottled sculpin (*Cottus bairdi*), another native species, were collected at all sites except the two upstream sections of the North Fork Fan Creek. Where they occurred, sculpins were typically so abundant that their estimated biomass was higher than that of the westslope cutthroat trout in most years, even though most of the sculpins were quite small (<75 mm in length).

## Genetics Surveys

Based on results from 1997 and 1998, the Aquatics Section has concentrated more recent genetic inventories on Fan Creek populations. The apparent verification of a genetically pure population in the North Fork Fan Creek encouraged NPS managers to proceed with development of a broodstock in cooperation with Montana and Wyoming state fishery agencies for eventual restoration projects throughout the upper Missouri River watershed.

*Figure 7. Reaches on Fan Creek sampled by electrofishing for westslope cutthroat trout, 1998–2003.*

To be considered a donor population, secondary verification of genetic status was recommended. To meet these requirements, tissue samples from 60 cutthroat trout each from 2001 and 2002 were analyzed in May 2003. Preliminary analyses suggested that the previously pure population in North Fork Fan Creek had recently become hybridized with rainbow trout. With this new information, plans for collecting gametes on site in Fan Creek were temporarily cancelled. Additional samples (>150 fish) were obtained in 2003, but they have yet to be analyzed. Because these samples were collected from a variety of locations in the watershed, it is hoped that these additional analyses will not only detail the amount of recent hybridization in the population, but also provide an accurate account of the spatial distribution of the hybridized (and remaining pure) cutthroat trout.

## Restoration Potential

Unlike many other areas within its historical range, habitat degradation and excessive harvest rates by anglers do not appear to be the primary reason for the decline of westslope cutthroat in Yellowstone National Park. Rather, the extensive stocking and subsequent establishment of populations of non-native competing species (brown trout [*Salmo trutta*], and interbreeding rainbow trout and Yellowstone cutthroat trout) during the first half of the twentieth century have led to a serious reduction in the park's resident westslope cutthroat trout. Our electrofishing, genetic, and radiotagging surveys of the past five years have demonstrated that the once abundant westslope cutthroat trout is now confined to a single, small tributary in the northwest corner of the park.

A recent determination by the U.S. Fish and Wildlife Service that westslope cutthroat trout do not currently warrant classification as a "listed" species suggests that this native fish will only be protected if federal and state agencies continue to pursue strong conservation measures.[21] Despite results of recent genetics analyses, the North Fork Fan Creek population has high genetic integrity and should be considered an "at risk" population. Although these fish are protected from habitat and angler impacts, evidence from our surveys reveals that these fish could be affected by non-native fish species. The capture of non-native brown trout each year indicates that there are no barriers to prevent upstream migration of non-native species into the headwater cutthroat trout populations. Complete protection of the North Fork Fan Creek westslope cutthroat trout population requires that they be permanently isolated from invading species.

*North Fork Fan Creek.*

To meet our restoration goals, additional information needed for preparation of an environmental assessment was collected in 2003. Aquatics Section staff completed habitat assessments, water quality sampling, and macroinvertebrate collections of the Fan Creek system this year. With the assistance of the park's geology staff, an onsite survey was conducted to ensure that the preferred site for the migration barrier on the mainstem of Fan Creek was the most appropriate hydrological site. In addition to our annual population surveys, Aquatics Section staff provided logistical support for Idaho State University researchers conducting amphibian surveys at several headwater lakes in the Gallatin River basin that could potentially be used for broodstock development of verified pure westslope cutthroat trout.



*Figure 8. Number of westslope cutthroat trout collected by electrofishing from reaches on the Fan Creek mainstem (WC3), East Fork (EF1 and EF2), and North Fork (NF1, NF2, and NF3; see figure 7).*