UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS, et al., </br></br>  Plaintiffs, </br></br> vs. </br></br> GALE NORTON, in her official capacity as Secretary, U.S. Department of the Interior, et al., </br></br> Defendants. | Civil No.: 05-cv-1043 </br></br> [PROPOSED] ORDER |

Upon consideration of Plaintiffs' Motion For Leave To Supplement the Administrative Record, it is hereby ORDERED that Plaintiffs' Motion is GRANTED; and it is further ORDERED that the Administrative Record in this case shall be supplemented with the following documents:

(1) Letter from Fred W. Allendorf and Paul Spruell to Lynn Kaeding (November 30, 2003);

(2) Letter from Nathaniel P. Hitt, Fred W. Allendorf, and Christopher A. Frissell to Lynn Kaeding (July 10, 2004); and

(3) National Park Service, Yellowstone Fisheries & Aquatic Sciences, Annual Report 2003 (2003) (Excerpt).

Dated: _____     _____
                                    Emmet G. Sullivan
                                    U.S. District Judge