# Yellowstone Fisheries & Aquatic Sciences

## Annual Report 2003



*Yellowstone cutthroat trout*

Todd M. Koel, Jeffrey L. Arnold, Patricia E. Bigelow,
Philip D. Doepke, Brian D. Ertel, and Daniel L. Mahony

National Park Service
Yellowstone Center for Resources
Yellowstone National Park, Wyoming
YCR-NR-2004-03



Suggested citation:
Koel, T. M., J. L. Arnold, P. E. Bigelow, P. D. Doepke, B. D. Ertel, and D. L. Mahony. 2004. Yellowstone Fisheries & Aquatic Sciences: Annual Report, 2003. National Park Service, Yellowstone Center for Resources, Yellowstone National Park, Wyoming, YCR-NR-2004-03.

Title page and inside back cover art courtesy Mimi Matsuda.

Front cover photo captions (left to right): NPS Aquatic Ecologist Jeffrey Arnold collecting aquatic macroinvertebrates; Arctic grayling from Grebe Lake, upper Gibbon River system (photo by Timothy Bywater); NPS volunteer Phillip Hurst radio tracking cutthroat trout on the upper Yellowstone River. Back cover photo captions (left to right): NPS stream fisheries crew conducting a survey of Slough Creek; native dragonfly flame skimmer along the Firehole River (photo by Jeffrey Arnold); non-native lake trout removed by gillnetting on Yellowstone Lake (photo by Patricia Bigelow). Facing page photo caption: NPS Fisheries Technician Barbara Rowdon with a lake trout removed from Breeze Channel, Yellowstone Lake (photo by Patricia Bigelow).

All photos in this report not otherwise marked are by Todd Koel.