UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS et al., <br><br> Plaintiffs, <br> v. <br><br> NORTON et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 05-1043 (EGS) |

[PROPOSED] **ORDER**

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Leave to Supplement the Administrative Record (Dkt. # 15).  After considering Plaintiffs' motion, Defendants' opposition thereto, and Plaintiffs' reply, the Court finds that Plaintiffs' motion is not well taken.

**IT IS, THEREFORE, ORDERED,** that Plaintiffs' Motion for Leave to Supplement the Administrative Record is **DENIED**.

**SO ORDERED** this _____ day of _____ 2005

_____
Emmet G. Sullivan
United States District Judge