UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GALE NORTON, in her official capacity as Secretary, U.S. Department of the Interior, et al., <br><br> Defendants. | ) ) ) ) Civil No.: 05-cv-1043 ) ) ) PLAINTIFFS' MOTION FOR LEAVE TO ) EXTEND BRIEFING DEADLINES ) ) ) ) ) ) ) ) ) |

Plaintiffs hereby seek leave to extend the parties' respective deadlines for filing summary judgment briefs, oppositions, and replies in the above-captioned matter. The U.S. Court of Appeals for the Tenth Circuit recently notified undersigned counsel that oral argument in a separate case has been scheduled for March 6, 2006 — also the deadline for filing Plaintiffs' summary judgment brief in this Court. In order to allow undersigned counsel adequate time both to prepare for the Tenth Circuit appellate argument and to draft a memorandum in support of summary judgment in this case, plaintiffs respectfully request that this Court push back the current briefing schedule by two weeks, as set forth in the attached proposed order. Pursuant to Local Rule 7(m), undersigned counsel contacted counsel for federal defendants, who indicated that the government supports this motion.

1

Respectfully submitted on this 7th of February, 2006,

/s Abigail M. Dillen
Douglas L. Honnold (D.C. Bar # 468323)
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699

*Counsel for Plaintiffs*

2