UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN WILDLANDS, et al.,

        Plaintiffs,

    vs.

GALE NORTON, in her official capacity as Secretary, U.S. Department of the Interior, et al.,

        Defendants.

Civil No.: 05-cv-1043

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion To Extend Briefing Deadlines, it is hereby

**ORDERED** as follows:

(a) Plaintiffs' deadline for filing a motion for summary judgment and supporting memorandum shall be March 20, 2006;

(b) Defendant's deadline for filing an opposition and cross-motion for summary judgment with supporting memorandum shall be April 20, 2006;

(c) Plaintiffs' deadline for filing a reply and opposition memorandum shall be May 4, 2006;

(d) Defendants' deadline for filing a reply shall be May 18, 2006.

Dated: _____, 2006

_____
EMMET G. SULLIVAN
United States District Judge