UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICAN WILDLANDS, et al., | ) |
| | ) Civil No.: 05-cv-1043 (EGS) |
| Plaintiffs, | ) |
| | ) PLAINTIFFS' MOTION FOR |
| vs. | ) SUMMARY JUDGMENT |
| | ) |
| GALE NORTON, in her official capacity as Secretary, U.S. Department of the Interior, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiffs American Wildlands, et al.,[1] hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56(a). Federal defendants' determination that listing the Westslope cutthroat trout as a threatened species is "not warranted" is arbitrary, capricious, and contrary to the best available scientific data in violation of the Endangered Species Act, 16 U.S.C. § 1533(b).

The reasons why this motion should be granted are set forth in the accompanying Memorandum and Statement of Material Facts. As those supporting documents make clear, plaintiffs are entitled to judgment as a matter of law. Accordingly, the Court should enter summary judgment in plaintiffs' favor. See Fed. R. Civ. P. 56(c).

---

[1] Plaintiffs in this action are American Wildlands, Montana Environmental Information Center, Western Watersheds Project, Clearwater Biodiversity Project, and Bud Lilly.

Respectfully submitted this 3rd day of April, 2006,

/s/ Abigail M. Dillen
Douglas L. Honnold (D.C. Bar # 468323)
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699

*Counsel for Plaintiffs*

## REQUEST FOR ORAL HEARING

Pursuant to Local Civil Rule 7.1(f), plaintiffs American Wildlands, et al., request an oral hearing on this motion.