UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>GALE NORTON, in her official capacity as Secretary, U.S. Department of the Interior, et al.,<br><br>        Defendants. | Civil No.: 05-cv-1043 (EGS)<br><br>PLAINTIFFS' STATEMENT OF MATERIAL FACTS |

Pursuant to Local Civil Rules 7.1(h) and 56.1, Plaintiffs American Wildlands, et al., hereby set forth their statement of material facts as to which they contend there is no genuine issue, including references to supporting portions of the record[1]:

1. The Westslope cutthroat trout, Oncorhynchus clarki lewisi ("WCT"), was once the most "geographically widespread among the 14 species of inland cutthroat trout." Reconsidered Finding for an Amended Petition To List the Westslope Cutthroat Trout as

---

[1] Plaintiffs note that summary judgment in this case does not turn upon the existence of traditional disputes of material fact. See, e.g. Occidental Eng'g Co. v. INS, 753 F.2d 766, 769-70 (9th Cir. 1985) (explaining that "th[e] court is not required to resolve any facts in a review of an administrative proceeding … the function of the district court is to determine whether or not as a matter of law the evidence in the administrative record permitted the agency to make the decision it did"); see also Hunger v. Leininger, 15 F.3d 664, 669 (7th Cir. 1994) (explaining that "[t]he motion for summary judgment is simply the procedural vehicle for asking the judge to decide the case on the basis of the administrative record" in record review cases).

Threatened Throughout Its Range, 68 Fed. Reg. 46,989, 46,990 (Aug. 7, 2003). Its historic range stretched from the headwaters of the Columbia River Basin in British Columbia, east to the South Saskatchewan River Basin in Alberta, south to the Missouri River Basin in central and western Montana and northern Wyoming; and west to the tributaries of the Columbia River in northern and central Idaho. See id. Disjunct populations of WCT were also carried to eastern Washington state and the John Day River in central Oregon, presumably by glacial lakes flooding during the ice ages. See id.

## DRAMATIC WCT DECLINES

2. WCT have suffered major declines as a result of damming, irrigating, grazing, logging, mining, road-building, and widespread sport-fish stocking in around their native streams, rivers, and lakes. See AR I-1728 at 6257, 6260-61; AR II-321 at 8117.[2] Based on the most current available data, WCT occupy only 6.2% of their historic range. See 68 Fed. Reg. at 46,998 (reporting that genetically true WCT are known to occupy 3,500 stream miles of the estimated 56,500 stream miles in their historic range).

3. Whereas rivers and large tributary streams historically supported the most robust WCT populations, WCT are now primarily "restricted to small, headwater streams in mountainous areas, where the adverse effects of human activities on WCT has been negligible." AR II-321 at 8115; see also AR I-1728 at 6257 (explaining that "whole river basins have been blocked" by "construction of dams, irrigation diversions, or other migration barriers such as culverts" thereby "eliminat[ing] habitat that w[as] once available to migratory populations" and leaving "[r]esident forms" of WCT "in isolated segments of streams"). According to a

---

[2] "AR" as used herein refers to the Administrative Record filed by federal defendants. Citations are to Volume number, document number, and page number. For example, AR I-1728 at 6257 refers to AR Part I, Document 1728 at bate-stamped page number 6257.

comprehensive survey recently completed by the state Game and Fish Departments of Montana, Idaho, Washington and Oregon, small isolated populations or "'isolets' accounted for 168 (98%) of the[] 172 conservation populations" that are considered genetically intact.  AR II-119 at 2720; see also 68 Fed. Reg. at 46,998 (Aug. 7, 2003) (reporting that 81.2 percent of all WCT populations are "isolets" that are "restricted to headwater areas").

4.      These remnant WCT populations are imperiled simply by their small size and isolation from other WCT.  See  AR II-119 at 2710-11, 2719-20 (explaining that for most "core" populations of genetically pure WCT, "risks due to isolation, small population size, and temporal variability are high"); AR II-38 at 980-986 (quantifying high extinction risk for small isolated populations); see also AR II-299 at 7588-7597 (same); AR I-1752 (same).

5.      Across their current range, WCT are also threatened with human encroaching development, see AR-1 at 6260; AR II-321 at 8053, 8055, 8059-62, 8067, 8073-8077, 8082-8085, 8089-90, 8097-98, 8101-3, 8105-6 (detailing adverse impacts of land-use activities in WCT watersheds); warming water temperatures associated with habitat degradation and climate change, see AR I-1728 at 6257, 6261; and competition with introduced species such as brook trout and brown trout, see AR I-1728 at 6257-58, 6260; AR II-321 at 8065-66.  Finally, WCT are experiencing major declines as a result of widespread interbreeding, also known as "hybridization" or "introgression," with introduced rainbow trout and Yellowstone cutthroat trout ("YCT").  See id. at 6260; 68 Fed. Red. at 47,004, 47,006.

## THE THREAT OF HYRBIDIZATION

6.      The U.S. Fish and Wildlife Service ("FWS") and leading fisheries biologists consider hybridization to be "the greatest threat" to the long-term survival of WCT.  68 Fed. Reg. at 47,006; see also AR I-1728 at 6260; AR I-1719 at 5977; AR II-258 at 6896, 6907-8.

7. Hybridization can result in impairment of growth, survival, fertility, developmental rate, and the ability of individuals to develop properly. See AR II-258 at 6896, 6907; AR II-259 at 6912, 6915; AR II-260 at 6923.

8. The emergence of hybrids in place of pure-strain cutthroat populations represents an irreversible genetic loss that undermines the overall fitness of WCT and the larger western trout fishery. See id. at 6923, 6926, 6935-36; AR II-258 at 6907-9. The disappearance of distinct trout lineages risks the loss of important adaptations to local environmental conditions. See AR II-260 at 6923, 6926, 6936; AR II-258 at 6896, 6907-9.

9. "Loss of these adaptations is difficult to detect because some local adaptations of native populations might only be essential during periodic episodes of extreme environmental conditions" such as winter storms, floods, droughts, disease epidemics, and especially wildfires, which are increasing in both frequency and intensity across the West. AR II-260 at 6933; see also id. at 6923, 6926, 6936; AR II-258 at 6896, 6907-8-9. Thus, while hybrid populations may appear to be robust, they are not equipped with the same genetic makeup that allowed their parental subspecies to survive over time. See AR II-258 at 6908-9.

10. Unchecked hybridization could result in the extinction of the WCT subspecies. See AR II-260 at 6923, 6926; AR II-258 at 6896, 6907-9. Hybridization with introduced rainbow trout has already caused the near-extinction of Paiute cutthroat trout and Gila trout. See Notice of document availability, 69 Fed. Reg. 54,797 (Aug. 10, 2004); Proposed Rule, 70 Fed. Reg. 24, 750, 24,752, 24,759 (May 11, 2005).

11. FWS is aware of only four surviving "original" populations of Gila trout that were not lost to hybridization with rainbow trout. See 70 Fed. Reg. at 24,752, 24,759. Accordingly, FWS is now seeking to "replicate" these remnant genetic strains by way of elaborate

reintroduction efforts that include "eliminating non-native salmonids from the species historic habitat through piscicide (fish-killing), mechanical removal, and construction of waterfall barriers to prevent their reinvasion" and also "rescuing fish from streams that are in danger of flash floods" and wildlfires. Id. at 24,759; see also id. at 24,757.

12. During the last major wildfire season in Montana, state wildlife officials transplanted WCT from a scorched stream to a private pond in an effort to save one of three remaining pure populations in the Gallatin River drainage in the southwest part of the state. See AR II-61 at 1141.

## FWS' RESPONSE TO THE HYRBIDZATION THREAT

13. In 1999, FWS completed its first status review for WCT. At that time, the agency acknowledged that leading experts "considered genetic introgression (interbreeding), particularly with rainbow trout or Yellowstone cutthroat trout, to be the primary threat to the continued existence of WCT where the species coexist." AR II-321 at 7979 (emphasis added), see also id. at 8117.

14. Despite the recognition that hybrid fish represent a threat to WCT, FWS, for purposes of its status review, "assumed that the fish stocks that state, tribal, and National Park Service fisheries managers classified as WCT represented the subspecies." Id. at 7970.

15. This assumption was directly at odds with the results of genetic testing in Montana, which revealed that 40 percent of classified "pure" WCT populations were in fact hybridized. See AR II-258 at 6903; see also AR II-321 at 8112 (recognizing Montana data as most comprehensive data available on WCT genetics).

16. In electing to rely on the visual judgments of fisheries managers, FWS counted many confirmed and likely hybridized fish populations as viable WCT and ultimately concluded

5

that listing was "not warranted" based on the "widespread distribution" of WCT. 65 Fed. Reg. at 20123; see also AR II-321 at 8111, 8116, 8144-45.

17.     In 2002, this Court remanded FWS' listing determination, holding that "the agency wholly fail[ed] to reconcile its recognition of hybridization as a threat to WCT's viability with its inclusion of hybrid stocks in the population assessed for listing." See American Wildlands v. Norton, 193 F. Supp. 2d 244, 255 (D.D.C. 2002).

18.     In response to this Court's order, FWS initiated a second status review for WCT. During the review process, FWS developed a formal position on "The Value of Hybrid Westslope Cutthroat Trout in Listing Determinations." 68 Fed. Reg. at 46,991; see also AR II-235-239. In this regard, FWS hired an eminent fisheries geneticist, Dr. Fred Allendorf and his laboratory, the Wild Trout and Salmon Genetics Laboratory at the University of Montana, to review all of the scientific literature pertaining to hybridization and its effect on species viability, especially cutthroat trout viability, and to prepare a report "assert[ing] a scientifically based conclusion about the extent to which it is appropriate to include introgressed WCT stocks and stocks of unknown genetic characteristics in the WCT population considered for listing." AR II-247 at 6767; see also AR II-240.

19.     Dr. Allendorf and his colleagues at the Wild Trout and Salmon Genetics Laboratory concluded that it is not appropriate to include any hybridized populations in the WCT population considered for listing. Their report, which was subsequently published in the scientific journal Conservation Biology with Dr. Robb Leary as a co-author, explained that "non-hybridized populations … are the only populations that represent the evolutionary legacy of WCT and are likely to possess the local adaptations that are important for long-term persistence." AR II-260 at 6936. Because any genetic alteration "may disrupt important long-

6

term adaptations," the report clarified that "there is no scientific basis to justify" a level of genetic introgression, such as 10%, 15%, or 25% that is "acceptable." Id. at 6933, 6936.

20. On August 7, 2003, FWS published the results of a second status review and a new determination regarding "The Value of Hybrid Westslope Cutthroat Trout in Listing Determinations." 68 Fed. Reg. at 46,991. Notwithstanding the recommendations of the Allendorf report, FWS elected to treat hybrid fish populations meeting the taxonomic definition of WCT as viable members of the subspecies. See id. at 46,994. Accordingly, FWS announced that listing is "not warranted" based on the widespread distribution of fish that look like WCT, including known and likely hybridized populations. See id. at 46,990.

21. The 2003 listing determination hinged on a newly created presumption that hybrids conforming to the "scientific taxonomic description of WCT" will "express the behavioral, ecological, and life-history characteristics of WCT native to the geographic areas where those populations occur." Id. at 46,995; AR II-260 at 6928. In defense of this presumption, FWS asserted that fish meeting the physical description of WCT are likely to be no more than 20% hybridized, and that this "limited presence in WCT of genetic material from other fish species" does not represent a threat. 68 Fed. Reg. at 46,994, 47,006.

22. There is no scientific data to support either of these key assumptions underlying FWS' 2003 listing determination:

    a. Appearance is not a useful indicator of genetic make-up. The available peer-reviewed scientific literature regarding efforts "to identify hybridized and non-hybridized populations using a variety of [physical] traits" reveal that "identification of hybridized populations of WCT on the basis of morphological analysis is not reliable." AR II-260 at 6928-29.

7

    b. Based on the existing data, Dr. Don Campton, who co-authored the listing determination regarding the value of hybrids, recognized that "[i]ntrogressed populations of WCT will be morphologically indistinguishable from non-introgressed populations if the amount of admixture … is less than 20-25%" and that "levels of admixture greater than 50% will be detected morphologically (i.e. in the field) because fish in those populations will not conform physically (phenotypically) to the scientific description of WCT."  AR II-251 at 6799.  However, "it is unclear … the extent to which 25-50% genetic admixture … will be detectable in natural populations of WCT based on morphological criteria, field observations, and the scientific description of WCT."  Id.

    c. FWS did not cite to any data suggesting that there a threshold at which hybridization becomes detectable in the field short of 50% genetic admixture — i.e. until the population is more rainbow trout or YCT than WCT.  See, e.g. 68 Fed. Reg. at 46,993-944.

    d. FWS did not cite to any scientific data supporting the proposition that populations with up to 20% foreign genes share all of the same "behavioral, ecological, and life-history characteristics of WCT."  Id. at 46,994.

    e. Data submitted to FWS during the status review revealed that hybrids can behave very differently than WCT.  While WCT tend to stay within localized areas, evolving adaptations to specific environmental conditions, hybrids are ranging more widely, quickly colonizing unfamiliar habitat in Montana's Flathead River basin.  Compare AR II-258 at 6904-5, 6907 with AR II-92 at 2250-51, 2267, 2270; see also Letter from Fred Allendorf and Paul Spruell to Lynn Kaeding at 2 (November 30, 2003) ("Allendorf Letter") (attached as Exhibit 1 to Plaintiffs' Motion For Leave To Supplement The Administrative Record) ("Native WCT populations demonstrate strong genetic differentiation over even short geographical distances;

this indicates very little natural gene flow among native populations of WCT … . The rapid spread of introgression, however, indicates that there is a high rate of gene flow and dispersal from hybridized populations.") (internal citations omitted).

23.     While FWS recognizes that morphological data is inherently unreliable, see Notice of candidate status review, 67 Fed. Reg. 39,936, 29,938 (June 11, 2002), FWS decided to classify fish populations meeting the physical description of WCT even if genetic testing has confirmed that they are more than 20% hybridized.  Thus, FWS' finding provides that genetic data may be used to classify WCT populations only in circumstances where no other morphological data is available.  See id. at 46,995 (specifying that "for populations for which molecular genetic data may be the only data available, populations with less than 20 percent introgression will be considered WCT under the Act, whereas populations with less than 20 percent introgression will generally be excluded from the WCT subspecies") (emphasis added).  However, in the usual case, where genetic data is not the only data available for a sampled fish population, less reliable morphological data would trump genetic data, and FWS would classify hybrid look-alike populations as WCT even if genetic testing had confirmed them to be more than 20% hybridized.  See id.

    Respectfully submitted this 3rd day of April, 2006,

    /s/ Abigail M. Dillen
Douglas L. Honnold (D.C. Bar # 468323)
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699

*Counsel for Plaintiffs*

9