UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS, et al., | ) )  ) ) Civil No.: 05-cv-1043 (EGS) ) ) [PROPOSED] ORDER ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| vs. | |
| GALE NORTON, in her official capacity as Secretary, U.S. Department of the Interior, et al., | |
| Defendants. | |

Upon consideration of the parties' cross-motions for summary judgment, it is hereby ORDERED that Plaintiffs' Motion For Summary Judgment be GRANTED; it is further ORDERED that Defendants' Motion For Summary Judgment be DENIED; and it is further ORDERED that this case be remanded to the U.S. Fish and Wildlife Service with instructions to reconsider whether listing the Westslope cutthroat trout ("WCT") under the Endangered Species Act ("ESA"), 16 U.S.C. § 1521 et seq., is warranted in light of the threat posed by hybridization.

In determining whether to protect the WCT as a threatened species, FWS must use the best available scientific data to assess the impacts of hybridization pursuant to 16 U.S.C. § 1533(a)(1)(e). Pursuant to the ESA, FWS must issue a new 12-Month Finding for WCT within one year of this Court's entry of judgment. 16 U.S.C. § 1533(b)(1)(A).

Dated: _____, 2006        _____
                                     EMMET G. SULLIVAN
                                     UNITED STATES DISTRICT JUDGE