UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) Civil No.: 05-cv-1043<br>GALE NORTON, et al., )<br>)<br>Defendants. )<br>)<br>_____ ) | |

**DECLARATION OF BUD LILLY**

I, Bud Lilly, hereby declare as follows:

1. I am a director and member of American Wildlands ("AWL"), a 1,000-member regional, non-profit conservation organization with its main office in Bozeman, Montana. I am a retired fly-fishing guide and life-long conservationist. I was founding president of Montana Trout Unlimited, first chairman of the International Fly Fishing Center, a founder of the Montana Trout Foundation, and have been a senior advisor of the Federation of Fly Fishers. I write this declaration both in my capacity as a member of the board of directors of American Wildlands and as an individual who has long been involved in efforts to stop the decline of the Westslope Cutthroat Trout.

2. AWL's mission is to protect and restore the rich biodiversity of the Northern Rocky Mountain region. As an integral part of its conservation mission, AWL pursues a coordinated Westslope Cutthroat Trout ("WCT") campaign. The goal of this ongoing campaign is to protect and restore the WCT throughout its historic range. As part of this campaign AWL:

    a. submitted a petition to the U.S. Fish and Wildlife Service ("FWS") to list the WCT as a threatened species under the Endangered Species Act;
    b. participated in numerous federal and state agency decisions that impact WCT or its habitat – submitting comments, appealing agency decisions, and when necessary, participating in litigation to halt activities that will adversely affect WCT;
    c. although not a signatory of the final document, AWL sat on the Steering committee and participated in the early stages and development of the memorandum of understanding an conservation agreement for the West slope Cutthroat Trout in Montana;

      d.    conducted extensive public education campaigns, using local regional and national media and AWL's quarterly newsletter to alert our members and others to declining stat of WCT and the importance of securing Endangered species act protection;

      e.    Developed a special booklet and a video for educational purposes; and

      f.    Participated in three lawsuits to force the U. S fish and Wildlife service to issue an initial "90 day" finding and a subsequent "12 month finding" on AWL's petition to list the WCT as well as the agency's initial decision that listing was not warranted.

3.    In addition to the Westslope cutthroat trout campaign, the goal of AWL's living waters campaign is to restore and protect the quality of the Northern Rockies waters for native aquatic species. AWL's living waters program includes education and legal efforts to ensure that state water quality laws are strong enough and properly enforced to protect the Regions citizens, fish and wildlife.

4.    I obtain aesthetic, conservation, recreational and educational benefits form the WCT's continued existence in the wild. I regularly fish, float, and hike along many streams and rivers within the current and historic range of the WCT including the Madison, Gallatin, Jefferson, Sixteen Mile, Ruby, and Bighole Rivers. I plan to continue to fish, boat, and hike these waters in the future. An integral aspect of these trips is the opportunity to catch or see WCT, an opportunity that becomes more uncommon each year. The return or presence of WCT to these waters means the restoration and preservation of fisheries and habitat that I knew many years ago. The recovery of WCT in these areas in the future will provide the true total experience.

5.    The U.S. Fish and Wildlife Service's failure to protect the WCT and its habitat under the endangered species act threatens my aesthetic, educational, conservation, and recreational interests in this native fish by increasing the risk that the WCT will soon be extinct in Montana. Efforts to protect the WCT have not been strong enough to prevent the species decline. As long as the U.S. Fish and Wildlife Service refuses to protect the species, the WCT will continue to slip toward extinction. Forcing the U.S. Fish and Wildlife Service to comply with the Endangered Species Act and to protect the WCT as a threatened species is the necessary first step in stabilizing - and eventually restoring - the few remaining WCT populations throughout its historic range.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st day of March, 2006, In Bozeman Montana.

_____
Bud Lilly