**Western Watersheds Project**

Box 1770
Hailey, Idaho 83333
tel: (208) 788-2290
fax: (208) 788-2298
email: wwp@westernwatersheds.org
web site: www.westernwatersheds.org

*Working to protect and restore Western watersheds*

### Declaration of Jon Marvel

I, Jon Marvel, hereby declare as follows:

**1.** I have been a resident of Idaho since 1969 and presently reside in Hailey, Idaho. I am the executive director of Western Watersheds Project.

**2.** Western Watersheds Project (WWP) is a non-profit conservation organization headquartered in Hailey, Idaho with field offices in Wyoming, Utah, California and Boise, Idaho. WWP was formed in September 1993 and has a membership of 1,500 residing throughout the western U.S. and the nation. The mission of Western Watersheds Project is to protect and restore western watersheds and wildlife through education, public policy initiatives and litigation.

**3.** WWP's members share an intense interest in the protection and restoration of watersheds in the western U.S. They participate in many activities including fishing, boating, hiking, bird watching, and wildlife observation on public lands. The westslope cutthroat trout is an essential component of recreational experiences on public lands for our members. The westslope cutthroat trout exists on Idaho watersheds from the Salmon River and its tributaries to the Canadian border.

**4.** I and WWP members fish and recreate in many of the tributary streams, especially in the Salmon River watershed tributaries which are occupied habitat for westslope cutthroat trout. I plan to continue these activities in the future, for example, I will be participating in a eight day float trip on the Middle Fork of the Salmon River in mid-July of 2006, during which trip I will be fishing specifically for westslope cutthroat trout, hiking in the riparian areas adjacent to the river, and camping on beaches also immediately adjacent to the river. I also intend to spend at least four days in early June 2006 camping in the Upper Pahsimeroi River Valley which will include fishing, hiking, and bird watching on numerous tributaries of this watershed, including Mahogany, Long, Short, Baby, and Squaw Creeks and the Forks of the Upper Pahsimeroi River.

These tributary areas including those in the Upper Salmon River watershed in the Sawtooth Valley of central Idaho, the headwaters of the Middle Fork of the Salmon River including Bear Valley and Marsh Creeks as well as all tributaries of the East Fork of the Salmon River, the Pahsimeroi River and the Lemhi River have been degraded as native fish habitat by historic and

ongoing livestock grazing practices. Additionally, westslope cutthroat trout occupied streams throughout the Salmon River watershed are often dewatered due to agriculture and stockwater diversions during the summer and fall of each year, thereby fragmenting and destroying critical habitat for westslope cutthroat trout.

**5.** As a thirty seven year resident of Idaho, I have witnessed the decline of these watershed that provide habitat for westslope cutthroat trout, and I have made a sincere and long term commitment to influence the management of public and private lands which could improve the quality of native fish habitat throughout this watershed.

**6.** While the listing of bull trout under the Endangered Species Act in Idaho and adjacent states has been somewhat beneficial for areas also occupied by westslope cutthroat trout, my interests and the interests of members of WWP are threatened by the continuing inability of federal, state and private landowners to appropriately manage westslope cutthroat trout habitat, especially where no other threatened or endangered fish species co-exists.

**7.** The current management of many of these areas including the Salmon River watershed that provide habitat for westslope cutthroat trout has clearly diminished my and members of WWP's recreational use and enjoyment of the Salmon River and all its tributaries. Continually permitted degradation of tributary streams especially by domestic cattle and sheep has resulted in the creation of degraded fish habitat that is a threat to the continued existence of westslope cutthroat trout because of overheated waters, winter freezing, inappropriate width to depth ratios, damaged stream banks, sedimentation, extreme levels of cobble imbeddedness in spawning areas and an increase in risk of predation and actual dewatering of habitat. In addition, the introduction of pathogens of various sorts into these waters through non-point sources of these pollutants caused by humans is not only a threat to the continued existence of macro and microfauna in these watersheds including westslope cutthroat trout.

**8.** Western Watersheds Project and I have supported not only the petition to list the westslope cutthroat trout throughout its range, and I have also personally helped write and file a petition to list the desert redband trout in the Snake River watershed which also suffers from habitat fragmentation and degradation like the westslope cutthroat trout. In carrying out such actions, I have shown my personal dedication to the restoration and recovery of critical habitat for these fish species as well as all other riparian and water dependent species that have suffered by human-caused degradation of their habitat.

**9.** Every year, I visit personally at least forty-five tributaries of the Salmon River that contain habitat for westslope cutthroat trout and observe degraded conditions as a routine matter. As a parent to two children born in

Idaho, I am concerned that my children will never be able to experience some areas of Idaho without the loss of many native species.

**10.** The work of Western Watersheds Project and of myself has been featured in national newspapers like the New York Times and the Washington Post as well as local and regional daily, weekly, and monthly publications as well as local and national television and radio. This coverage underlines the long term commitment I have made to participating in public policy processes to influence the management of native resources and wildlife such as westslope cutthroat trout.

**11.** As part of these efforts, I and other members of Western Watersheds Project have written and sent more than 4,000 letters of comment in regard to federal and state management actions affecting native wildlife on watersheds throughout Idaho, Utah, Nevada, California, Oregon, Montana, Colorado and Wyoming in the last thirteen years.

**12.** I and members of Western Watersheds Project are deeply concerned that unless the full force of the Endangered Species Act is brought to bear through the listing of this species as threatened under the ESA, that I and our other members of WWP will be permanently harmed and denied the recreational, aesthetic, emotional, and spiritual benefits to be gained by the continued existence of native wildlife and fish species throughout their historic range.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

**Executed:**      March 20, 2006

*/s/ Jon Marvel*

Jon Marvel
Executive Director, Western Watersheds Project
126 South Main Street, Suite B-2
PO Box 1770, Hailey, Idaho 83333
(208) 788-2290