UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICAN WILDLANDS, et al.,<br><br>   Plaintiffs,<br>v.<br><br>GALE NORTON, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 1:00-CV02521 (EGS)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JAMES JENSEN

I, James D. Jensen hereby declare as follows:

1. I am a member and the Executive Director of the Montana Environmental Information Center ("MEIC").

2. MEIC is a nonprofit corporation founded in 1973 with members throughout the United States and the State of Montana. MEIC is dedicated to preserving and enhancing the natural resources, natural environment, and wildlife of the State of Montana and to educating its members and the general public about environmental protection under state and federal environmental laws. MEIC is also dedicated to ensuring that state and federal officials comply with and fully uphold state and federal laws designed to protect and preserve native species. Accordingly, MEIC has a specific interest in the protection of westslope cutthroat trout ("WCT") throughout its range.

3. MEIC has long been directly involved in the fight to protect this disappearing native trout. MEIC among others filed a petition on May 21, 1997 requesting that the U.S. Fish and Wildlife Service (FWS) designate the WCT as a threatened species under the Endangered Species Act. MEIC's efforts to conserve WCT

include the following: participation in agency decision-making on numerous projects, proposals, and issues that may affect WCT; public education regarding threats to WCT and its habitat through the news media and MEIC newsletter; participation in two prior lawsuit to compel the U.S Fish and Wildlife Service to issue an initial 90-day finding and a subsequent 12-month finding on the listing petition.

4. More broadly, for 25 years, MEIC has pursued its mission to protect Montana's clean water - clean water that provides essential habitat for WCT. MEIC has lobbied the state legislature on issues involving water quality, submitted comments on proposed administrative changes to Montana's water quality regulations, and participated in federal and state Court litigation to protect Montana's waters. MEIC also conducts extensive public education campaigns designed to inform the public of developments relating to water quality protection.

5. I derive aesthetic, conservation, educational, and recreational benefits from the WCT's existence in the wild. I personally raft and fish in WCT habitat (both currently and historically occupied) throughout Montana including, but not limited to: the Gallatin, Missouri, Blackfoot, Smith, and Jefferson Rivers, and the Landers Fork. I will continue these activities in the future. For example, I plan to launch for a fishing trip on the Smith River on June 8, 2006. The possibility of encountering WCT in some of these waters plays a vital role in my enjoyment of these activities. Encountering this spectacular native trout is one of the best indicators that a stream, river, or lake is "healthy," as many biologists consider them to be the aquatic equivalent of "canaries in a coal mine." Extirpation of WCT would deprive me of the aesthetic, conservation,

educational, and recreational benefits that I currently derive from the presence of the species.

6. FWS's failure to afford protections to WCT under the Endangered Species Act threatens my aesthetic, educational, conservation, and recreational interests by increasing the risk that the WCT will soon be extinct in Montana. The current mechanisms in place to manage WCT have not prevented the species' decline. In my 30 years as a Montana resident, I have witnessed entire populations of WCT disappear. As long as FWS refuses to protect the species, the WCT will continue to languish in its current limbo, sliding toward extinction with no chance of receiving the Endangered Species Act protections needed to prevent its disappearance. Forcing the U.S. Fish and Wildlife Service to comply with the Endangered Species Act by listing WCT as a threatened species is the necessary first step in stabilizing and eventually restoring the few remaining WCT populations throughout their historic range.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2006, in Helena, Montana.

_____
James D. Jensen