IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>P. LYNN SCARLETT, Acting Secretary of )<br>the Department of the Interior, et al., )<br>)<br>Defendants. )<br>) | Civ. No. 05-1043 (EGS)<br><br>**[PROPOSED] ORDER DENYING**<br>**PLAINTIFFS' MOTION FOR**<br>**SUMMARY JUDGMENT** |

Upon consideration of Defendants' Motion for Summary Judgment, Plaintiffs' Motion for Summary Judgment, all oppositions and replies, and the entire record of this case, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED and that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 56(c).

DATED: _____, 2006

_____
Hon. Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE

**Parties to be notified of entry of order**

Michael R. Eitel
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0339/ Fax: (202) 305-0275

Douglas Honnold
Abigail Dillon
Earthjustice Legal Defense Fund
209 South Wilson
Bozeman, MT 59715
(406) 586-9699 (Tel)
(406) 589-9695 (Fax)