# Cutthroat Trout Hybridization and the U.S. Endangered Species Act: One Species, Two Policies

FRED W. ALLENDORF,* ROBB F. LEARY,* NATHANIEL P. HITT†, KATHY L. KNUDSEN,* MATTHEW C. BOYER,* AND PAUL SPRUELL*

*Division of Biological Sciences, University of Montana, Missoula, MT 59812, U.S.A.
†Department of Fisheries and Wildlife Sciences, Virginia Polytechnic Institute and State University, Blacksburg, VA 24061, U.S.A.

We welcome the opportunity to respond to the important issues associated with hybridization and conservation raised by Campton and Kaeding in their comment on our recent paper (Allendorf et al. 2004). They disagree with our recommendation that only "nonhybridized" populations be considered westslope cutthroat trout (WCT, *Oncorhynchus clarki lewisi*) for possible listing under the U.S. Endangered Species Act (ESA). Campton and Kaeding support a recent finding by the U.S. Fish and Wildlife Service (USFWS 2003) that states "potentially introgressed populations should be considered WCT under the ESA if that population conforms phenotypically to the scientific, taxonomic description of the subspecies." We focus our comments on those issues raised by Campton and Kaeding that we believe are of greatest general importance for dealing with hybrids in conservation and possible listing under the ESA.

## Hybrid Policy

Campton and Kaeding take exception to our statement that "there are currently no policy guidelines for treating hybrids under the U.S. Endangered Species Act." They state that policy guidelines "will be developed for each species on a case-by-case basis, as occurred for WCT." This statement is not correct. A USFWS (2002) finding the year before the WCT finding with a different subspecies of cutthroat trout (Rio Grande cutthroat trout [RGCT] *O. c. virginalis*) agrees with our recommendation: "For the purposes of this review we considered 'pure' to mean that there was less than 1 percent introgression (genetic mixing) with either rainbow or another subspecies of cutthroat trout. Allendorf et al. (2001) suggest that conservation efforts should focus on maintaining and expanding remaining pure populations, and we have decided to follow this guidance for RGCT." Thus, these two USFWS policies dealing with a single species are in conflict.

## Reliance on Morphology

The primary reliance on morphology to determine what should be considered WCT (USFWS 2003) ignores scientific progress in understanding hybridization and detecting hybrids over the last 30 years (Allendorf et al. 2001). Genetic techniques using protein electrophoresis and examination of DNA have become the accepted scientific taxonomic standard (Tautz et al. 2003). Cryptic species that are morphologically indistinguishable continue to be discovered through examination of molecular genetic variation (Sáez & Lozano 2005).

An early paper by Campton (1987:167) made a strong argument against relying on morphological detection of hybridization in natural (wild) populations: "Detecting introgression may also be extremely difficult because introgressed populations may appear morphologically identical to one of the parental species. These shortcomings have therefore motivated the use of more direct genetic methods for detecting natural hybridization."

The source provided for the morphological characteristics that distinguish WCT (Behnke 1992) presents no original data that would allow use of this approach. A comparison of the range of values for WCT, Yellowstone cutthroat trout (YCT), and rainbow trout given by Behnke (1992) presents no morphological characters that distinguish WCT (Table 1). Furthermore, Leary et al. (1984, 1996) found that meristic characters cannot identify WCT populations from those hybridized with rainbow trout because of the large overlap for these traits among taxa and the high variability within them.

---

*email fred.allendorf@umontana.edu
Paper submitted April 18, 2005; revised manuscript accepted April 26, 2005.

1326

Conservation Biology 1326–1328
©2005 Society for Conservation Biology
DOI: 10.1111/j.1523-1739.2005.00223.x

Case 1:05-cv-01043-EGS    Document 22-7    Filed 05/03/2006    Page 2 of 3

Allendorf et al.                                                                 Response to Campton & Kaeding    1327

Table 1. Morphological traits (meristic counts) cited by USFWS (2003) to be used to distinguish between westslope cutthroat trout (WCT) and hybrids with rainbow trout or Yellowstone cutthroat trout (YCT).*

| Trait | YCT | WCT | Rainbow trout coastal | Rainbow trout Columbia redband |
|---|---|---|---|---|
| Vertebrae | 60–63 | 59–63 | 61–65 | 63–66 |
| Lateral line scales | 150–200 | 150–200 | 120–140 | 130–170 |
| Pyloric caeca | 25–50 | 25–50 | 40–70 | 30–50 |
| Gill rakers | 17–23 | 17–21 | 17–24 | not given |

*Values from Behnke (1992).

## Natural Hybridization

The claim of Campton and Kaeding that natural hybridization between WCT and rainbow trout in areas of sympatry is relatively common is not supported by the evidence. Both the Weigel et al. (2002, 2003) and Howell and Spruell (2003) studies they cite were in drainages in which hatchery rainbow trout had been stocked. Thus, the hybridization detected was most likely caused by stocking and subsequent spread of introduced rainbow trout.

Campton and Kaeding state that this "issue is further complicated because portions of the native geographic ranges of WCT and rainbow trout (RT, *O. mykiss*), the principal hybridizing species, naturally overlap." The observation that these two lineages have remained genetically distinct even in regions of sympatry is strong evidence that they have evolved natural isolating mechanisms. Even a small amount of introgression would be enough to prevent alternate fixation of alleles. The presence of many diagnostic loci between these species indicates that natural hybridization has not brought about substantial introgression (Allendorf & Leary 1988).

## Local Adaptation

Campton and Kaeding initially argue that the absence of empirical evidence for local adaptations in WCT makes speculation of local adaptations unwarranted, and they dismiss our concern for the loss of local adaptations caused by introgression. The importance of local adaptations is well established in salmonid fishes (e.g., Taylor 1991). Ironically, just when we are beginning to appreciate the importance of local adaptations in natural populations (e.g., Hendry 2005), the USFWS is quick to dismiss them. After rejecting the possible importance of local adaptations as a reason for protecting nonhybridized populations, Campton and Kaeding later argue that populations with small amounts of admixture warrant protection because they may possess local adaptations.

## Behavior

The explicit assumption of the use of morphological criteria by the USFWS to distinguish WCT is that "natural populations conforming morphologically to the scientific taxonomic description of WCT are presumed to express the behavioral, ecological, and life-history characteristics of WCT" (USFWS 2003:46995). No data are presented to support this assumption. Moreover, the rate at which hybridization is spreading in the Flathead River basin (Hitt et al. 2003) is faster than expected based on straying rates among native WCT populations. This indicates that hybridized individuals do not behave the same as WCT.

For example, four sites that showed no evidence of admixture in 1984 had 4–7% admixture when resampled from 1998 to 2001 (Hitt et al. 2003). This is roughly three generations for WCT. The most likely source populations of hybridization via the stepping-stone or diffusion model of migration, as suggested by Campton and Kaeding, had a maximum of 20% admixture (Hitt et al. 2003). Thus, nearly 25% of the markers sampled from 1998 to 2001 would have to be from the invading hybrids to explain 5% admixture. This is in striking contrast to estimates of gene flow in native WCT that exhibit strong genetic differentiation over short geographical distances (Allendorf & Leary 1988; Taylor et al. 2003).

## Eradication

The primary argument of Campton and Kaeding is that if our recommendation is followed "then populations with *any* detectable introgression would be excluded from the subspecies and would be eligible for eradication under an ESA listing." This assertion is wrong for several reasons.

First, this argument confounds criteria for including or not including hybrids as part of a potential listing unit with management actions to be taken following listing. Campton and Kaeding imply that if our recommendation was followed, WCT would be listed under the ESA. We have no way of knowing whether or not this is true because the necessary analyses have not been done. The use of this as an argument for including hybrids as part of the listing unit is inappropriate and suggests that avoiding a potential listing motivated including hybrids to increase the current range of WCT.

Second, we have pointed out that it is difficult to distinguish between intraspecific polymorphism and a small amount of introgression (Allendorf et al. 2001, 2004). Therefore, populations appearing to have low levels of admixture should be considered nonhybridized. Again, we agree with the RGCT finding that populations will be considered nonhybridized if they show evidence of < 1% admixture (USFWS 2002).

Finally, we never said and do not believe that all hybridized populations should be eradicated if only nonhybridized populations are considered WCT. At times it will not be possible to eradicate hybridized populations. Furthermore, some non-native and hybridized populations

represent popular recreational fisheries and removal will receive substantial social and political opposition. Once again, we agree with USFWS (2002:39928) finding on RGCT: "The exclusion of populations with evidence of greater than 1 percent introgression does not imply that these populations may not be important to the species conservation or that they should be eliminated from stream systems."

## Conclusions

The USFS now has two completely opposing policies for treating hybridized populations of cutthroat trout. The RGCT finding (USFWS 2002) set a precedent for treating hybridization of cutthroat trout under the ESA. The WCT finding (USFWS 2003) and Campton and Kaeding do not even mention this policy. There may be reasons why different policies are appropriate for different subspecies. Nevertheless, some explanation for this change in policy should have been presented.

The dismissal by Campton and Kaeding of local adaptations ignores increasing scientific evidence for the importance of natural selection and local adaptation in conservation (Crandall et al. 2000). The absence of published evidence for local adaptation in WCT should not be taken as evidence that natural selection and local adaptation have not occurred.

The USFWS's primary use of morphology to detect hybridization ignores scientific progress in understanding hybridization and detecting hybrids over the last 30 years. The reliance on morphology would include all individuals that fit a preconceived idea of what each species looks like while excluding individuals or populations with unusual phenotypes, regardless of the actual evolutionary relationships among individuals or groups. In addition, we and others have collected extensive genetic data on hybridization throughout the range of WCT. Comparable information is not available for morphology. This reliance on morphology means that the best scientific data available are not being used by the USFWS to address the threat of hybridization to WCT.

## Acknowledgments

We thank F. Utter, C. Ostberg, and L. Hauser for their helpful comments.

## Literature Cited

Allendorf, F. W., and R. F. Leary. 1988. Conservation and distribution of genetic variation in a polytypic species: the cutthroat trout. Conservation Biology 2:170–184.

Allendorf, F. W., R. F. Leary, P. Spruell, and J. K. Wenburg. 2001. The problems with hybrids: setting conservation guidelines. Trends in Ecology & Evolution 16:613–622.

Allendorf, F. W., R. F. Leary, N. P. Hitt, K. L. Knudsen, L. L. Lundquist, and P. Spruell. 2004. Intercrosses and the U.S. Endangered Species Act: should hybridized populations be included as westslope cutthroat trout? Conservation Biology 18:1203–1213.

Behnke, R. J. 1992. Native trout of western North America. Monograph 6. American Fisheries Society, Bethesda, Maryland.

Campton, D. E. 1987. Natural hybridization and introgression in fishes: methods of detection and genetic interpretations. Pages 161–192 in N. Ryman and F. Utter, editors. Population genetics and fishery management. University of Washington Press, Seattle.

Crandall, K. A., O. R. P. Binindaemonds, G. M. Mace, and R. K. Wayne. 2000. Considering evolutionary processes in conservation biology. Trends in Ecology & Evolution 15:290–295.

Hendry, A. P. 2005. The power of natural selection. Nature 433:694–695.

Hitt, N. P., C. A. Frissell, C. C. Muhlfeld, and F. W. Allendorf. 2003. Spread of hybridization between native westslope cutthroat trout, *Oncorhynchus clarki lewisi*, and nonnative rainbow trout, *Oncorhynchus mykiss*. Canadian Journal of Fisheries and Aquatic Sciences 60:1440–1451.

Howell, P., and P. Spruell. 2003. Information regarding the origin and genetic characteristics of westslope cutthroat trout in Oregon and central Washington. Preliminary report. Oregon Department of Fish and Wildlife, Portland.

Leary, R. F., F. W. Allendorf, S. R. Phelps, and K. L. Knudsen. 1984. Introgression between westslope cutthroat and rainbow trout in the Clark Fork river drainage, Montana. Proceedings Montana Academy of Sciences 43:1–18.

Leary, R. F., W. R. Gould, and G. K. Sage. 1996. Success of basibranchial teeth in indicating pure populations of rainbow trout and failure to indicate pure populations of westslope cutthroat trout. North American Journal of Fisheries Management 16:210–213.

Sáez, A. G., and E. Lozano. 2005. Cryptic species: as we discover more examples of species that are morphologically indistinguishable, we need to ask why and how they exist. Nature 433:111.

Tautz, D., P. Arctander, A. Minelli, R. H. Thomas, and A. P. Vogler. 2003. A plea for DNA taxonomy. Trends in Ecology & Evolution 18:70–74.

Taylor, E. B. 1991. A review of local adaptation in Salmonidae, with particular reference to Pacific and Atlantic salmon. Aquaculture 98:185–207.

Taylor, E. B., M. D. Stamford, and J. S. Baxter. 2003. Population subdivision in westslope cutthroat trout (*Oncorhynchus clarki lewisi*) at the northern periphery of its range: evolutionary inferences and conservation implications. Molecular Ecology 12:2609–2622.

U.S. Fish and Wildlife Service (USFWS). 2002. Endangered and threatened wildlife and plants; candidate status review for Rio Grande cutthroat trout. Federal Register 67(112):39937–39947.

U.S. Fish and Wildlife Service (USFWS). 2003. Endangered and threatened wildlife and plants: reconsidered finding for an amended petition to list the westslope cutthroat trout as threatened throughout its range. Federal Register 68:46989–47009.

Weigel, D. E., J. T. Peterson, and P. Spruell. 2002. A model using phenotypic characteristics to detect introgressive hybridization in wild westslope cutthroat trout and rainbow trout. Transactions of the American Fisheries Society 131:389–403.

Weigel, D. E., J. T. Peterson, and P. Spruell. 2003. Introgressive hybridization between native cutthroat trout and introduced rainbow trout. Ecological Applications 13:38–50.