UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN WILDLANDS, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary of )<br>the Department of the Interior, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1043 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendants' motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs' cross-motion for summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that plaintiffs' claims are **DISMISSED with prejudice**; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendants and against plaintiffs. This is a final appealable order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**March 26, 2007**