UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN WILDLANDS, et al
    Plaintiff,

v.                                                                                    Civil Action No. 05-1043

DIRK KEMPTHORNE, et al
    Defendant

## JUDGMENT FOR DEFENDANT

This Cause having been considered by the Court on cross motions for summary judgment, before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly briefed by all parties and the court having rendered its decision granting defendant's motion; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that final judgment is entered in favor of the defendants and against plaintiff.

NANCY MAYER-WHITTINGTON, Clerk

Dated: March 26, 2007

By: *[signature]*
Carol Votteler, Deputy Clerk