UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILDLANDS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRK KEMPTHORNE, in his official capacity as Secretary, U.S. Department of the Interior, et al., <br><br> Defendants. | ) ) ) ) Civil No.: 05-cv-1043 ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs American Wildlands, Western Watersheds Project, Montana Environmental Information Center, and Bud Lilly appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on March 26, 2007 in favor of federal defendants and against said plaintiffs.

Respectfully submitted this 24th day of May, 2007,

/s/ Abigail M. Dillen
Douglas L. Honnold (D.C. Bar # 468323)
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
(406) 586-9699

*Counsel for Plaintiffs*