# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5179**  **September Term, 2007**

FILED ON: JULY 8, 2008

AMERICAN WILDLANDS, ET AL.,
    APPELLANTS

v.

DIRK KEMPTHORNE, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR AND DALE HALL, DIRECTOR, U.S. FISH AND WILDLIFE SERVICE,
    APPELLEES

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
> FILED JUL 8 2008
> CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01043)

Before: SENTELLE, Chief Judge, GARLAND and GRIFFITH, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

<u>Per Curiam</u>

> MANDATE
> Pursuant to the provisions of Fed. R. App. Pro. 41(a)
> ISSUED:
> BY:
> ATTACHED: __ Amending Order
> __ Opinion
> __ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Date: July 8, 2008

Opinion for the court filed by Circuit Judge Griffith.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk